| FIPS | CNTYNAME | STATEAB | GEONAME | MEDICARE LOCALITY | GAF06BN | GPCIQW06BN | GPCIPE06BN | GPCIMP06BN | 2002 Total RVU | 2002 MP RVUs | 2002 PE RVUs | 2002 Work RVUs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6001 | Alameda | CA | Oakland, CA PMSA | OAKLAND/BERKELEY, CA | 1.17299 | 1.05086 | 1.36937 | 0.61201 | 3981123 | 124237 | 1734901 | 2121985 |
| 6003 | Alpine | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94446 | 0.98645 | 0.91414 | 0.71691 | 208 | 9 | 50 | 148 |
| 6005 | Amador | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.96278 | 0.98645 | 0.95611 | 0.71691 | 162464 | 5413 | 66202 | 90849 |
| 6007 | Butte | CA | Chico-Paradise, CA MSA | REST OF CALIFORNIA* | 0.96110 | 0.98118 | 0.95858 | 0.71691 | 1525377 | 48591 | 674185 | 802601 |
| 6009 | Calaveras | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.95354 | 0.98645 | 0.93494 | 0.71691 | 132339 | 4003 | 59886 | 68450 |
| 6011 | Colusa | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 27423 | 824 | 10399 | 16199 |
| 6013 | Contra Costa | CA | Oakland, CA PMSA | OAKLAND/BERKELEY, CA | 1.17926 | 1.05942 | 1.37344 | 0.61201 | 2566675 | 83208 | 1115167 | 1368300 |
| 6015 | Del Norte | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.95354 | 0.98645 | 0.93494 | 0.71691 | 156770 | 4945 | 67342 | 84483 |
| 6017 | El Dorado | CA | Sacramento, CA PMSA | REST OF CALIFORNIA* | 1.04942 | 1.02322 | 1.11033 | 0.71691 | 464972 | 15007 | 202625 | 247339 |
| 6019 | Fresno | CA | Fresno, CA MSA | REST OF CALIFORNIA* | 0.96527 | 1.00089 | 0.94445 | 0.71691 | 3541766 | 116404 | 1651622 | 1773740 |
| 6021 | Glenn | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 13580 | 343 | 5649 | 7588 |
| 6023 | Humboldt | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.95402 | 0.98645 | 0.93605 | 0.71691 | 685120 | 22897 | 286263 | 375960 |
| 6025 | Imperial | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94673 | 0.98645 | 0.91934 | 0.71691 | 557810 | 16729 | 259498 | 281582 |
| 6027 | Inyo | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94981 | 0.98645 | 0.92640 | 0.71691 | 99878 | 2980 | 40485 | 56413 |
| 6029 | Kern | CA | Bakersfield, CA MSA | REST OF CALIFORNIA* | 0.97657 | 1.02297 | 0.94381 | 0.71691 | 2524267 | 83285 | 1186185 | 1254797 |
| 6031 | Kings | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94365 | 0.98645 | 0.91229 | 0.71691 | 315144 | 10029 | 141348 | 163768 |
| 6033 | Lake | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.95646 | 0.98645 | 0.94163 | 0.71691 | 300074 | 9157 | 131563 | 159355 |
| 6035 | Lassen | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93959 | 0.98645 | 0.90300 | 0.71691 | 57444 | 1836 | 24671 | 30937 |
| 6037 | Los Angeles | CA | Los Angeles-Long Beach, CA PMSA | LOS ANGELES, CA | 1.08777 | 1.04144 | 1.15558 | 0.95065 | 49894764 | 1596099 | 23322361 | 24976303 |
| 6039 | Madera | CA | Fresno, CA MSA | REST OF CALIFORNIA* | 0.96527 | 1.00089 | 0.94445 | 0.71691 | 232635 | 7303 | 102149 | 123184 |
| 6041 | Marin | CA | San Francisco, CA PMSA | MARIN/NAPA/SOLANO, CA | 1.22166 | 1.04326 | 1.48995 | 0.61201 | 971761 | 29395 | 463516 | 478850 |
| 6043 | Mariposa | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94819 | 0.98645 | 0.92268 | 0.71691 | 18038 | 592 | 8325 | 9121 |
| 6045 | Mendocino | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.96375 | 0.98645 | 0.95833 | 0.71691 | 353897 | 11387 | 152752 | 189758 |
| 6047 | Merced | CA | Merced, CA MSA | REST OF CALIFORNIA* | 0.96459 | 0.98971 | 0.95634 | 0.71691 | 893059 | 27143 | 411769 | 454147 |
| 6049 | Modoc | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 10623 | 255 | 4648 | 5720 |
| 6051 | Mono | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.98516 | 0.98645 | 1.00735 | 0.71691 | 12223 | 511 | 5119 | 6593 |
| 6053 | Monterey | CA | Salinas, CA MSA | REST OF CALIFORNIA* | 1.08398 | 1.02766 | 1.18414 | 0.71691 | 1850188 | 59743 | 821982 | 968462 |
| 6055 | Napa | CA | Vallejo-Fairfield-Napa, CA PMSA | MARIN/NAPA/SOLANO, CA | 1.09961 | 1.03009 | 1.22628 | 0.61201 | 724411 | 22849 | 304438 | 397124 |
| 6057 | Nevada | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.97673 | 0.98645 | 0.98804 | 0.71691 | 528153 | 16165 | 222215 | 289773 |
| 6059 | Orange | CA | Orange County, CA PMSA | ANAHEIM/SANTA ANA, CA | 1.11938 | 1.03448 | 1.23632 | 0.95065 | 11474130 | 357730 | 5275853 | 5840547 |
| 6061 | Placer | CA | Sacramento, CA PMSA | REST OF CALIFORNIA* | 1.03666 | 1.01401 | 1.09217 | 0.71691 | 847538 | 27860 | 415025 | 404653 |
| 6063 | Plumas | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 38874 | 1186 | 13143 | 24545 |
| 6065 | Riverside | CA | Riverside-San Bernardino, CA PMSA | REST OF CALIFORNIA* | 0.99223 | 1.00983 | 0.99544 | 0.71691 | 5336318 | 170453 | 2467169 | 2698696 |
| 6067 | Sacramento | CA | Sacramento, CA PMSA | REST OF CALIFORNIA* | 1.06297 | 1.02732 | 1.13642 | 0.71691 | 4004571 | 136142 | 1787531 | 2080898 |
| 6069 | San Benito | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.99067 | 0.98645 | 1.01998 | 0.71691 | 86432 | 2581 | 34696 | 49154 |
| 6071 | San Bernardino | CA | Riverside-San Bernardino, CA PMSA | REST OF CALIFORNIA* | 0.99908 | 1.00895 | 1.01220 | 0.71691 | 4004109 | 127453 | 1672874 | 2203781 |
| 6073 | San Diego | CA | San Diego, CA MSA | REST OF CALIFORNIA* | 1.07224 | 1.01281 | 1.17509 | 0.71691 | 10150042 | 316878 | 4493829 | 5339336 |
| 6075 | San Francisco | CA | San Francisco, CA PMSA | SAN FRANCISCO, CA | 1.25366 | 1.06007 | 1.54305 | 0.61201 | 4083794 | 130234 | 1703082 | 2250478 |
| 6077 | San Joaquin | CA | Stockton-Lodi, CA MSA | REST OF CALIFORNIA* | 1.00922 | 1.00824 | 1.03626 | 0.71691 | 2049477 | 65734 | 960699 | 1023044 |
| 6079 | San Luis Obispo | CA | San Luis Obispo-Atascadero-Paso Rob | REST OF CALIFORNIA* | 1.02814 | 1.00588 | 1.08243 | 0.71691 | 1683067 | 54517 | 827222 | 801328 |
| 6081 | San Mateo | CA | San Francisco, CA PMSA | SAN MATEO, CA | 1.25629 | 1.07275 | 1.53582 | 0.58945 | 2222875 | 71281 | 958650 | 1192944 |
| 6083 | Santa Barbara | CA | Santa Barbara-Santa Maria-Lompoc, C | REST OF CALIFORNIA* | 1.05158 | 1.01482 | 1.12537 | 0.71691 | 2352048 | 75511 | 1125114 | 1151424 |
| 6085 | Santa Clara | CA | San Jose, CA PMSA | SANTA CLARA, CA | 1.26275 | 1.08335 | 1.53977 | 0.56797 | 4853412 | 157649 | 2150118 | 2545644 |
| 6087 | Santa Cruz | CA | Santa Cruz-Watsonville, CA PMSA | REST OF CALIFORNIA* | 1.11906 | 1.01375 | 1.28119 | 0.71691 | 1026093 | 32582 | 481292 | 512219 |
| 6089 | Shasta | CA | Redding, CA MSA | REST OF CALIFORNIA* | 0.94493 | 0.97985 | 0.92315 | 0.71691 | 1954043 | 70888 | 925598 | 957557 |
| 6091 | Sierra | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.94186 | 0.98645 | 0.90820 | 0.71691 | 73681 | 2644 | 62037 | 9000 |
| 6093 | Siskiyou | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 200006 | 6423 | 81858 | 111725 |
| 6095 | Solano | CA | Vallejo-Fairfield-Napa, CA PMSA | MARIN/NAPA/SOLANO, CA | 1.08647 | 1.02908 | 1.19742 | 0.61201 | 566419 | 17811 | 247285 | 301323 |
| 6097 | Sonoma | CA | Santa Rosa, CA PMSA | REST OF CALIFORNIA* | 1.09874 | 1.01720 | 1.23050 | 0.71691 | 1596804 | 50499 | 727105 | 819200 |
| 6099 | Stanislaus | CA | Modesto, CA MSA | REST OF CALIFORNIA* | 0.99196 | 1.00428 | 1.00150 | 0.71691 | 1771455 | 58620 | 825134 | 887701 |
| 6101 | Sutter | CA | Yuba City, CA MSA | REST OF CALIFORNIA* | 0.95090 | 0.99300 | 0.92102 | 0.71691 | 636880 | 20524 | 313882 | 302474 |
| 6103 | Tehama | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 265316 | 8492 | 118375 | 138449 |
| 6105 | Trinity | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.93765 | 0.98645 | 0.89855 | 0.71691 | 28545 | 805 | 13854 | 13886 |
| 6107 | Tulare | CA | Visalia-Tulare-Porterville, CA MSA | REST OF CALIFORNIA* | 0.95926 | 0.99327 | 0.93985 | 0.71691 | 1776082 | 56919 | 821005 | 898158 |
| 6109 | Tuolumne | CA | CA NONMETROPOLITAN AREA | REST OF CALIFORNIA* | 0.96197 | 0.98645 | 0.95425 | 0.71691 | 360199 | 11859 | 157292 | 191048 |
| 6111 | Ventura | CA | Ventura, CA PMSA | VENTURA, CA | 1.08139 | 1.02822 | 1.17865 | 0.70417 | 3438048 | 108156 | 1592225 | 1737667 |
| 6113 | Yolo | CA | Yolo, CA PMSA | REST OF CALIFORNIA* | 0.99606 | 0.97900 | 1.04128 | 0.71691 | 309485 | 11034 | 145584 | 152867 |
| 6115 | Yuba | CA | Yuba City, CA MSA | REST OF CALIFORNIA* | 0.95090 | 0.99300 | 0.92102 | 0.71691 | 278803 | 9597 | 128392 | 140814 |