1   Dario de Ghetaldi - Bar No. 126782
    Jerry E. Nastari - Bar No. 151756
2   Amanda L. Riddle - Bar No. 215221
    COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3   700 El Camino Real
    P.O. Box 669
4   Millbrae, California  94030-0669
    Telephone: (650) 871-5666
5   Facsimile: (650) 871-4144

6   Colleen Duffy Smith - Bar No. 161163
    Michael G. Reedy - Bar No. 161002
7   MCMANIS, FAULKNER & MORGAN
    50 West San Fernando Street, Suite 1000
8   San Jose, CA 95113
    Telephone: (408) 279-8700
9   Facsimile: (408) 279-3244

10  Plaintiffs' Co-Counsel
    [Other Counsel on Signature Page]

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  COUNTY OF SANTA CRUZ, COUNTY OF )   CASE NO. C 07 2889 MMC
    SONOMA, COUNTY OF SANTA          )
16  BARBARA, COUNTY OF MARIN,        )   **PROOF OF SERVICE BY U.S.**
    COUNTY OF SAN DIEGO, COUNTY OF   )   **CERTIFIED RETURN-RECEIPT**
17  SAN LUIS OBISPO, and the COUNTY OF )  **REQUESTED MAIL**
    MONTEREY,                        )
18                                   )
              Plaintiffs,            )
19                                   )
    vs.                              )
20                                   )
    CENTERS FOR MEDICARE AND         )
21  MEDICAID SERVICES,               )
                                     )
22            Defendants.            )
    _____)
23

24

25

26

27

28

                                    1

1

**PROOF OF SERVICE**

2

3        I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

4        I served the document(s) listed below as follows:

5        Date Served:        June 4, 2007

6        Document Served:      **COMPLAINT OF INJUNCTIVE RELIEF; CIVIL COVER SHEET; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR GUIDELINES**

7

8        Parties Served:        See attached list.

9

☒    **(BY CERTIFIED RETURN-RECEIPT REQUESTED MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

10

11

12    ☐    **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

13

☐    **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

14

15

☐    **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

16

17    ☐    (State)     I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

18

19    ☒    (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

20    The original of any document filed with the court was printed on recycled paper.

21        Executed on June 4, 2007, at Millbrae, California.

22

23    Angelique Presidente

24

25

26

27

28

1

**Service List**

2    Centers for Medicare and Medicaid Services
     7500 Security Boulevard
3    Baltimore, MD 21244

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28