# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY,<br><br>Plaintiffs,<br><br>V.<br><br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C 07 2889 MMC |

E-filing

To: Centers for Medicare and Medicaid Services, 7500 Security Boulevard Baltimore, MD 21244

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Dario de Ghetaldi, Esq.
Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
700 El Camino Real
Millbrae, CA 94301

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 4, 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: June 4, 2007

Name of SERVER: Angelique Presidente

TITLE: Secretary, Corey, Luzaich, Pliska, deGhetaldi & Nastari LLP

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Certified Return Receipt Requested Mail addressed to:
Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 2, 2007
Date

Signature of Server

700 El Camino Real
Address of Server
Millbrae, CA 94030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure