# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

COUNTY OF SANTA CRUZ, COUNTY OF SONOMA,
COUNTY OF SAN DIEGO, COUNTY OF MARIN,
COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS
OBISPO, and COUNTY OF MONTEREY,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Plaintiffs,

V.

 

CENTERS FOR MEDICARE AND MEDICAID SERVICES,

Defendant.



To: Centers for Medicare and Medicaid Services, 7500 Security Boulevard Baltimore, MD 21244

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Dario de Ghetaldi, Esq.
Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
700 El Camino Real
Millbrae, CA 94301

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 4, 2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

Case 3:07-cv-02889-MMC    Document 10    Filed 08/01/2007    Page 2 of 2
AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: August 1, 2007 |
| Name of SERVER: Angelique Presidente | TITLE: Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): (By Mail) I placed a true and correct copy of the document(s) in a sealed envelope with Priority Class Certified Return-Receipt Requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as **Civil Process Clerk, U.S. Attorney's Office**
450 Golden Gate Avenue, 11th Floor, San Francisco CA 94102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 1, 2007
             Date

Signature of Server

700 El Camino Real, Millbrae CA 94030
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure