1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California  94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 COUNTY OF SANTA CRUZ, COUNTY OF  )   CASE NO. C 07 2889 MMC
   SONOMA, COUNTY OF SANTA          )
16 BARBARA, COUNTY OF MARIN,        )   **CERTIFICATE OF SERVICE**
   COUNTY OF SAN DIEGO, COUNTY OF   )
17 SAN LUIS OBISPO, and the COUNTY OF )
   MONTEREY,                        )
18                                  )
                Plaintiffs,          )
19                                  )
   vs.                              )
20                                  )
   CENTERS FOR MEDICARE AND         )
21 MEDICAID SERVICES,               )
                                    )
22              Defendants.          )
   _____  )
23

24

25

26

27

28

                                    1
_____

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:          August 9, 2007

Document Served:   ADR Dispute Resolution Procedures in the Northern District of California

Parties Served:       See attached list.

☒ **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

☐ **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

☐ **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

☐ **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

☐ (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on August 9, 2007, at Millbrae, California.

_____
Angelique Presidente

## Service List

Civil Process Clerk
United States Attorney, Northern District of California
450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102

U.S. Department of Justice, Room B103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001