1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 COUNTY OF SANTA CRUZ, et al.        )   No. C 07-2889 MMC
                                       )
12     Plaintiffs,                     )   **STIPULATION TO POSTPONE CASE**
                                       )   **MANAGMENT CONFERENCE AND**
13 v.                                  )   **ALL CASE MANAGEMENT**
                                       )   **DEADLINES INCLUDING FEDERAL**
14 CENTERS FOR MEDICARE AND            )   **DEFENDANT'S INITIAL RESPONSIVE**
   MEDICAID SERVICES,                  )   **PLEADING BY THIRTY DAYS;**
15                                     )   **PROPOSED ORDER**
       Defendant.                      )
16                                     )   Date:  September 7, 2007
                                       )   Time:  10:30 a.m.
17                                     )   Place: Courtroom 7, 19th Floor
                                       )          450 Golden Gate Avenue
18                                                San Francisco, CA
                                           Judge: Hon. Maxine M. Chesney
19

20         Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY

21 OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN

22 DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal

23 Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their

24 undersigned counsel, stipulate to postpone the Case Management Conference from September 7,

25 2007 to October 12, 2007, at the time and place shown above.  The parties also request that the

26 dates for submission of a joint case management conference statement, ADR certification, and

27 exchange of initial disclosures be postponed to derive from the postponed, requested date for the

28 case management conference, October 12, 2007.  The parties further request that the deadline for

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                              -1-

defendant's initial responsive pleading to be filed be extended from August 31, 2007 to October 5, 2007. If October 12, 2007 is not available on the Court's calendar, the parties request a resetting of the Case Management Conference to the first available Friday after October 12, 2007.

The reason for this stipulation is to further and facilitate ongoing discussions and efforts to resolve the issues framed by the plaintiffs' complaint without further involvement of the Court.

**IT IS SO STIPULATED.**

DATED: August 29, 2007      COREY, LUZAICH, PLISKA,
                             DEGHETALDI & NASTARI, LLP


                             /s/
                             DARIO DEGHETALDI, ESQ.
                             Attorneys for Plaintiffs


DATED: August 29, 2007      SCOTT N. SCHOOLS
                             United States Attorney


                             /s/
                             JONATHAN U. LEE
                             Assistant United States Attorney
                             Attorneys for Federal Defendant


**APPROVED AND SO ORDERED**.

The new date for the Case Management Conference is October 12, 2007, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.


DATED: _____      _____
                             THE HON. MAXINE M. CHESNEY
                             United States District Court Judge