1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  COUNTY OF SANTA CRUZ, et al.    )    No. C 07-2889 MMC
                                    )
12      Plaintiffs,                 )    **STIPULATION TO POSTPONE CASE
                                    )    MANAGMENT CONFERENCE AND
13      v.                          )    ALL CASE MANAGEMENT
                                    )    DEADLINES INCLUDING FEDERAL
14  CENTERS FOR MEDICARE AND        )    DEFENDANT'S INITIAL RESPONSIVE
    MEDICAID SERVICES,              )    PLEADING BY THIRTY DAYS;
15                                  )    PROPOSED ORDER**
        Defendant.                  )
16                                  )    Date:   September 7, 2007
                                    )    Time:   10:30 a.m.
17                                  )    Place:  Courtroom 7, 19th Floor
                                    )            450 Golden Gate Avenue
18  _____)            San Francisco, CA
                                         Judge:  Hon. Maxine M. Chesney
19

20      Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY

21  OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN

22  DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal

23  Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their

24  undersigned counsel, stipulate to postpone the Case Management Conference from September 7,

25  2007 to October 12, 2007, at the time and place shown above. The parties also request that the

26  dates for submission of a joint case management conference statement, ADR certification, and

27  exchange of initial disclosures be postponed to derive from the postponed, requested date for the

28  case management conference, October 12, 2007. The parties further request that the deadline for

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                    -1-

1 | defendant's initial responsive pleading to be filed be extended from August 31, 2007 to October
2 | 5, 2007.  If October 12, 2007 is not available on the Court's calendar, the parties request a
3 | resetting of the Case Management Conference to the first available Friday after October 12,
4 | 2007.
5 |     The reason for this stipulation is to further and facilitate ongoing discussions and efforts
6 | to resolve the issues framed by the plaintiffs' complaint without further involvement of the
7 | Court.
8 | **IT IS SO STIPULATED.**
9 | DATED: August 29, 2007          COREY, LUZAICH, PLISKA,
                                    DEGHETALDI & NASTARI, LLP
11 |                          /s/
     _____
12 | DARIO DEGHETALDI, ESQ.
     Attorneys for Plaintiffs

14 | DATED: August 29, 2007          SCOTT N. SCHOOLS
                                    United States Attorney

16 |                          /s/
     _____
17 | JONATHAN U. LEE
     Assistant United States Attorney
     Attorneys for Federal Defendant

**APPROVED AND SO ORDERED**.

The new date for the Case Management Conference is October 12, 2007, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

24 | DATED: August 30, 2007          _____
                                    THE HON. MAXINE M. CHESNEY
                                    United States District Court Judge