UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

County of Santa Cruz, et al.

        Plaintiff(s),

v.

Centers for Medicare and Medicaid Services
        Defendant(s).

Case No. C 07-02889 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/24/2007

                                [Party]

Dated: 9/24/2007

                                [Counsel]

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   |     |
| 3   | I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030. |
| 4   | I served the document(s) listed below as follows: |
| 5   | Date Served:     September 26, 2007 |
| 6   | Document Served:     **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 7   | Parties Served:     See attached list. |
| 8   | ☒ **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list. |
| 9   |     |
| 10  | ☐ **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list. |
| 11  |     |
| 12  | ☐ **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures. |
| 13  |     |
| 14  | ☐ **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list. |
| 15  | ☐ (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. |
| 16  |     |
| 17  | ☒ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 18  | The original of any document filed with the court was printed on recycled paper. |
| 19  | Executed on September 26, 2007, at Millbrae, California. |
| 20  |     |
| 21  | _____<br>Susan J. Karnacki |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |

| | |
|---|---|
| 1 | Service List |

2  **Celeste E. Andersen**
   Office of the County Counsel
3  105 East Anapamu, Suite 201
   Santa Barbara, CA 93101
4

   **Patricia Gomez**
5  Office County Counsel
   1055 Monterey St #D320
6  San Luis Obispo, CA 93408

7  **James Lindholm**
   Office of the County Counsel
8  1055 Monterey Street, Suite D320
   San Luis Obispo, CA 93408
9

   **Charles Joseph McKee**
10 Office of the County Counsel
   County of Monterey
11 168 West Alisal Street
   Third Floor
12 Salinas, CA 93901

13 **John James Sansone**
   Office of the County Counsel
14 1600 Pacific Highway, Room 355
   San Diego, CA 92101
15

   **Stephen Shane Stark**
16 Office of the County Counsel
   105 E Anapamu St Suite 201
17 Santa Barbara, CA 93101-2000

18 **Steven M. Woodside**
   County of Sonoma
19 575 Administration Dr.  Rm. 105
   Santa Rosa, CA 95403-2815
20

21

22

23

24

25

26

27

28

3

PROOF OF SERVICE BY U.S. MAIL