UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

County of Santa Cruz, et al.,

             Plaintiff(s),

             v.

Centers for Medicare and Medicaid Services,

             Defendant(s).
_____/

CASE NO. C 07-02889 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 10/12/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Dario de Ghetaldi | Plaintiffs | 650-871-5666 | deg@coreylaw.com |
| Colleen Duffy Smith | Plaintiffs | 408-279-8700 | cduffysmith@mfmlaw.com |
| Jonathan Lee | Defendant | 415-436-6909 | Jonathan.Lee@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/24/2007

                                                                                      Attorney for Plaintiff

Dated: 9/24/2007

                                                                                     /s/
                                                                                   Attorney for Defendant

Rev 12.05

|    |                                                                                                                                                                                                                               |
|----|--|
| 1  | **PROOF OF SERVICE** |
| 2  | |
| 3  | I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030. |
| 4  | I served the document(s) listed below as follows: |
| 5  | Date Served:        September 26, 2007 |
| 6  | Document Served:    **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| 7  | Parties Served:     See attached list. |
| 8  | ☒  **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list. |
| 10 | ☐  **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list. |
| 11 | |
| 12 | ☐  **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures. |
| 13 | |
| 14 | ☐  **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list. |
| 15 | ☐  (State)   I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. |
| 16 | |
| 17 | ☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 18 | The original of any document filed with the court was printed on recycled paper. |
| 19 | Executed on September 26, 2007, at Millbrae, California. |
| 20 | |
| 21 | _____<br>Susan J. Karnacki |

2

| | |
|---|---|
| 1 | **Service List** |

**Celeste E. Andersen**
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

**Patricia Gomez**
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

**James Lindholm**
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

**Charles Joseph McKee**
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

**John James Sansone**
Office of the County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

**Stephen Shane Stark**
Office of the County Counsel
105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

**Steven M. Woodside**
County of Sonoma
575 Administration Dr. Rm. 105
Santa Rosa, CA 95403-2815

PROOF OF SERVICE BY U.S. MAIL