SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | No. C 07-2889 MMC |
| Plaintiffs, | STIPULATION TO POSTPONE CASE MANAGMENT CONFERENCE AND ALL CASE MANAGEMENT DEADLINES INCLUDING FEDERAL DEFENDANT'S INITIAL RESPONSIVE PLEADING; PROPOSED ORDER |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. | Date: October 12, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Judge: Hon. Maxine M. Chesney |

Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, stipulate to postpone the Case Management Conference from September 12, 2007 to November 9, 2007, at the time and place shown above. The parties also request that the dates for submission of a joint case management conference statement, ADR certification, and exchange of initial disclosures be postponed to derive from the postponed, requested date for the case management conference, November 9, 2007. The parties further request that the

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                    -1-

1  deadline for defendant's initial responsive pleading to be filed be extended from October 5, 2007
2  to November 2, 2007. If November 9, 2007 is not available on the Court's calendar, the parties
3  request a resetting of the Case Management Conference to the first available Friday after
4  November 9, 2007.
5      The reason for this stipulation is to further and facilitate ongoing discussions and efforts
6  to resolve the issues framed by the plaintiffs' complaint without further involvement of the
7  Court. This is the second time the parties have requested this type of extension, but given the
8  nature of this case, the issues involved, and the progress made to date in resolving the matter, the
9  parties make the request jointly.
10  **IT IS SO STIPULATED.**
11  DATED: September 28, 2007    COREY, LUZAICH, PLISKA,    McManis, Faulkner
    DEGHETALDI & NASTARI, LLP    and Morgan
12
13  _/s/ C. Luffy Smith_
    DARIO DEGHETALDI, ESQ.    C. Luffy Smith
14  Attorneys for Plaintiffs    Attorneys for
15      Plaintiffs

16  DATED: September 28, 2007    SCOTT N. SCHOOLS
    United States Attorney
17
18  _/s/_
    JONATHAN U. LEE
19      Assistant United States Attorney
    Attorneys for Federal Defendant
20
21
22  **APPROVED AND SO ORDERED.**
23  The new date for the Case Management Conference is November 9, 2007, at 10:30 a.m.
24  in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.
25
26  DATED: _____
    THE HON. MAXINE M. CHESNEY
27      United States District Court Judge
28

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC    -2-