1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:       (415) 436-6909
6      Facsimile:       (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  COUNTY OF SANTA CRUZ, et al.     )   No. C 07-2889 MMC
                                     )
12          Plaintiffs,               )   **STIPULATION TO POSTPONE CASE**
                                     )   **MANAGMENT CONFERENCE AND**
13     v.                             )   **ALL CASE MANAGEMENT**
                                     )   **DEADLINES INCLUDING FEDERAL**
14  CENTERS FOR MEDICARE AND          )   **DEFENDANT'S INITIAL RESPONSIVE**
    MEDICAID SERVICES,               )   **PLEADING; ORDER**
15                                    )
            Defendant.                )   Date:  October 12, 2007
16                                    )   Time:  10:30 a.m.
                                     )   Place: Courtroom 7, 19th Floor
17                                    )          450 Golden Gate Avenue
                                     )          San Francisco, CA
18  _____)   Judge: Hon. Maxine M. Chesney

19
        Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY
20
   OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN
21
   DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal
22
   Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their
23
   undersigned counsel, stipulate to postpone the Case Management Conference from September
24
   12, 2007 to November 9, 2007, at the time and place shown above.  The parties also request that
25
   the dates for submission of a joint case management conference statement, ADR certification,
26
   and exchange of initial disclosures be postponed to derive from the postponed, requested date for
27
   the case management conference, November 9, 2007.  The parties further request that the
28

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                              -1-

deadline for defendant's initial responsive pleading to be filed be extended from October 5, 2007 to November 2, 2007. If November 9, 2007 is not available on the Court's calendar, the parties request a resetting of the Case Management Conference to the first available Friday after November 9, 2007.

The reason for this stipulation is to further and facilitate ongoing discussions and efforts to resolve the issues framed by the plaintiffs' complaint without further involvement of the Court. This is the second time the parties have requested this type of extension, but given the nature of this case, the issues involved, and the progress made to date in resolving the matter, the parties make the request jointly.

**IT IS SO STIPULATED.**

DATED: September 28, 2007        COREY, LUZAICH, PLISKA,
                                 DEGHETALDI & NASTARI, LLP


                                  /s/
                                 DARIO DEGHETALDI, ESQ.
                                 Attorneys for Plaintiffs


DATED: September 28, 2007        SCOTT N. SCHOOLS
                                 United States Attorney


                                  /s/
                                 JONATHAN U. LEE
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendant


**APPROVED AND SO ORDERED**.

The date for the Case Management Conference is continued from October 12, 2007, to November 9, 2007, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: October 1, 2007           _[signature]_
                                 THE HON. MAXINE M. CHESNEY
                                 United States District Court Judge

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                     -2-