1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California 94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]

11

12

13             IN THE UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 COUNTY OF SANTA CRUZ, et al.      )  Case No. C 07-2889 MCC
                                     )
17          Plaintiffs,              )
                                     )
18     v.                            )  **NOTICE OF PENDENCY OF OTHER
                                     )  ACTION OR PROCEEDING**
19 CENTERS FOR MEDICARE AND          )
   MEDICAID SERVICES,                )
20                                   )
            Defendant.               )
21                                   )
                                     )
22 _____   )

23       Pursuant to Northern District Civil Local Rule 3-13, Plaintiffs County of Santa Cruz, County

24 of Sonoma, County of San Diego, County of Marin, County of Santa Barbara, County of San Luis

25 Obispo, and County of Monterey [hereinafter "Plaintiffs"], on behalf of themselves and all others

26 similarly situated, in *County of Santa Cruz, et al. v. Centers for Medicare and Medicaid Services*,

27 Case No. C 07-02889 MCC (N.D. Cal.; filed June 4, 2007) [hereinafter the "*Medicare FOIA*

28 *Action*"] respectfully submit this Notice of Pendency of Other Action or Proceeding.

1

**(1)  Title and Location of the Court in Which the Other Actions Are Pending**:

*County of Santa Cruz, et al. v. Michael O. Leavitt, Secretary of the United States Department of Health and Human Services,* Case No. C 07-0288 MJJ (N.D. Cal.; filed June 4, 2007) [hereinafter the "*Medicare Physicians' Action*"].

*Marchetti, et al. v. Leavitt,* Case No. 07-cv-1179-FCD-KCM (E.D. Cal.; filed June 18, 2007) [hereinafter the "*Medicare Beneficiaries' Action*"].

**(2)  Description of the Other Action**:

As background, in 1965, Congress passed the Medicare Act 42 U.S.C. §§ 1395, *et seq.*, which establish a program of health insurance for the elderly and disabled.  Medicare "Part B" covers physicians and other "suppliers" for providing medical services and supplies based on a fee schedule published by the Secretary of Health and Human Services.  Medicare reimburses suppliers 80% of the fee schedule amounts and Medicare beneficiaries pay the remaining 20%.  The Medicare fee schedule areas have not been revised since 1996.  Since that time, inequities have been growing caused by the Secretary's failure to reconfigure localities, or fee schedule areas.  The complaints in both the *Medicare Physicians' Action* and the *Medicare Beneficiaries' Action* allege that economic and demographic conditions are now such that a nationwide revision of fee schedule areas is not only mandated, but also that the long-overdue failure of the Secretary to modify the fee schedule area structure has significantly contributed to a national health care crisis.

**(3)(A) Relationship of the Other Actions to the Action Pending in This District**:

Plaintiffs in the *Medicare Physicians' Action* are the same as the plaintiffs in this action.

The plaintiffs in both the *Medicare Beneficiaries' Action* and the *Medicare Physicians' Action* contend that because Medicare payments rates in multi-county localities are based on average costs throughout the locality, payment rates to suppliers in high-cost counties in multi-county localities are brought down by low costs in other counties in their localities, and payment rates to suppliers in low-cost counties in multi-county localities are brought up by using the averaging method.

Thus, plaintiffs in the *Medicare Physicians' Action,* who along with members of their class provided medical services and supplies in high-cost counties in multi-county fee schedule areas that

2

1    should have been reclassified as single-county fee schedule areas, allege that they have been

2    underpaid by Medicare.

3         For similar reasons, plaintiffs in the *Medicare Beneficiaries' Action,* who along with

4    members of their class received medical services and supplies in low-cost counties in multi-county

5    fee schedule areas where high-cost counties should have been reclassified as single-county fee

6    schedule areas, allege that they overpaid for 20% of those services and supplies.

7         In this action, plaintiffs are seeking injunctive relief compelling Medicare to provide

8    information responsive to plaintiffs' FOIA requests that were made in December 2006 and January

9    2007. Those requests sought information that will tend to show, with precision, when the Secretary

10   became aware of the payment imbalances described in the *Medicare Physicians' Action*, the amount

11   of the payment imbalances, and the locations where the payment imbalances occurred.

12        **(3)(B) Whether Transfer Should Be Effected Pursuant to 28 U.S.C. § 1407**:

13        Simultaneous with the filing of this Notice of Pendency of Other Action or Proceeding,

14   Plaintiffs in this action are filing a motion for transfer and coordination or consolidation of the two

15   actions before the Judicial Panel on Multidistrict Litigation, seeking transfer and consolidation or

16   coordination to the Northern District of California under 28 U.S.C. § 1407. The plaintiffs in the

17   *Medicare Beneficiaries' Action* have filed a joinder in that motion to transfer.

18                              Respectfully submitted,

19   Dated: October 15, 2007

20                              _____/s/ Dario de Ghetaldi_____

21                              Dario de Ghetaldi (SBN 126781)
                                Jerry E. Nastari (SBN 151756)
22                              Amanda L. Riddle (SBN 215221)
                                COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
23                              700 El Camino Real
                                Millbrae, CA 94030
24                              Telephone: 650-871-5666
                                Facsimile: 650-871-4144
25
                                Colleen Duffy Smith (SBN 161163)
26                              Michael G. Reedy (SBN 161002)
                                McManis, Faulkner & Morgan LLP
27                              50 West San Fernando Street, Suite 1000
                                San Jose, CA 95113
28                              Telephone: (408) 279-8700
                                Facsimile: (408) 279-3244

                                         3

1

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

2
Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
3
Office of the County Counsel
Government Center, County of Santa Cruz
4
701 Ocean Street, Room 505
Santa Cruz, CA 95060
5
Tel: 831-454-2040
Fax: 831-454-2115
6
Attorneys for the County of Santa Cruz

7
Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
8
Office of the County Counsel
575 Administration Drive, Suite 105A
9
Santa Rosa, CA 95403
Tel: 707-565-2421
10
Fax: 707-565-2624
Attorneys for the County of Sonoma
11
John J. Sansone - Bar No. 103060
12
San Diego County Counsel
Office of the County Counsel
13
County Administration Center
1600 Pacific Highway, Room 355
14
San Diego, CA 92101
Tel:619-531-4860
15
Fax: 619-531-6005
Attorneys for the County of San Diego
16
Patrick K. Faulkner - Bar No. 70801
17
Marin County Counsel
Jack F. Govi - Bar No. 88483
18
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
19
Deputy Marin County Counsel
Office of the County Counsel
20
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
21
Tel: 415-499-6117
Fax: 415-499-3796
22
Attorneys for the County of Marin

23
Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
24
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
25
Office of the County Counsel
105 East Anapamu, Suite 201
26
Santa Barbara, CA 93101
Tel: 805-568-2950
27
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

28

James B. Lindholm - Bar No. 43513
San Luis Obispo County Counsel
Patricia Gomez - Bar No. 122536
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey

4