SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al._____Plaintiffs,_____v._____CENTERS FOR MEDICARE AND MEDICAID SERVICES,_____Defendant. | No. C 07-2889 MMC_____**STIPULATION TO POSTPONE CASE MANAGMENT CONFERENCE AND ALL CASE MANAGEMENT DEADLINES INCLUDING FEDERAL DEFENDANT'S INITIAL RESPONSIVE PLEADING; PROPOSED ORDER**_____Date:    November 9, 2007_____Time:    10:30 a.m._____Place:   Courtroom 7, 19th Floor_____             450 Golden Gate Avenue_____             San Francisco, CA_____Judge:   Hon. Maxine M. Chesney |

Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, stipulate to postpone the Case Management Conference from November 9, 2007 to January 18, 2008, at the time and place shown above. The parties also request that the dates for submission of a joint case management conference statement, ADR certification, and exchange of initial disclosures be postponed to derive from the postponed, requested date for the case management conference, January 18, 2008. The parties further request that the deadline for

1  defendant's initial responsive pleading to be filed be extended from November 2, 2007 to
2  January 11, 2008.
3         The reason for this stipulation is to further and facilitate ongoing discussions and efforts
4  to resolve the issues framed by the plaintiffs' complaint without further involvement of the
5  Court.  This is the third time the parties have requested this type of extension, but given the
6  nature of this case, the issues involved, and the progress made to date in resolving the matter, the
7  parties make the request jointly.  The issues presented here are complex, the parties have
8  continued to discuss the issues, and additional documents have been located and produced to
9  plaintiffs.  The parties do not anticipate seeking any additional extensions of time.
10        **IT IS SO STIPULATED.**
11 DATED: October 31, 2007         COREY, LUZAICH, PLISKA,
                                    DEGHETALDI & NASTARI, LLP
12
13                                  /s/
                                    DARIO DEGHETALDI, ESQ.
14                                  Attorneys for Plaintiffs
15
16 DATED: October 31, 2007         SCOTT N. SCHOOLS
                                    United States Attorney
17
18                                  /s/
                                    JONATHAN U. LEE
19                                  Assistant United States Attorney
                                    Attorneys for Federal Defendant
20
21
22        **APPROVED AND SO ORDERED**.
23        The new date for the Case Management Conference is January 11, 2008, at 10:30 a.m. in
   Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.
24
25 DATED: _____         _____
                                    THE HON. MAXINE M. CHESNEY
26                                  United States District Court Judge
27
28

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                    -2-