1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, California 94102
   Telephone:     (415) 436-6909
6  Facsimile:     (415) 436-6748
   Email: jonathan.lee@usdoj.gov
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 COUNTY OF SANTA CRUZ, et al.      )   No. C 07-2889 MMC
                                     )
12      Plaintiffs,                  )   **STIPULATION TO POSTPONE CASE**
                                     )   **MANAGMENT CONFERENCE AND**
13      v.                           )   **ALL CASE MANAGEMENT**
                                     )   **DEADLINES INCLUDING FEDERAL**
14 CENTERS FOR MEDICARE AND          )   **DEFENDANT'S INITIAL RESPONSIVE**
   MEDICAID SERVICES,                )   **PLEADING;** ~~PROPOSED~~ **ORDER**
15                                   )
        Defendant.                   )   Date:  November 9, 2007
16                                   )   Time:  10:30 a.m.
                                     )   Place: Courtroom 7, 19th Floor
17                                   )          450 Golden Gate Avenue
   _____ )          San Francisco, CA
18                                       Judge: Hon. Maxine M. Chesney

19
        Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY
20
   OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN
21
   DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal
22
   Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their
23
   undersigned counsel, stipulate to postpone the Case Management Conference from November 9,
24
   2007 to January 18, 2008, at the time and place shown above. The parties also request that the
25
   dates for submission of a joint case management conference statement, ADR certification, and
26
   exchange of initial disclosures be postponed to derive from the postponed, requested date for the
27
   case management conference, January 18, 2008. The parties further request that the deadline for
28

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                              -1-

1  defendant's initial responsive pleading to be filed be extended from November 2, 2007 to
2  January 11, 2008.
3      The reason for this stipulation is to further and facilitate ongoing discussions and efforts
4  to resolve the issues framed by the plaintiffs' complaint without further involvement of the
5  Court. This is the third time the parties have requested this type of extension, but given the
6  nature of this case, the issues involved, and the progress made to date in resolving the matter, the
7  parties make the request jointly. The issues presented here are complex, the parties have
8  continued to discuss the issues, and additional documents have been located and produced to
9  plaintiffs. The parties do not anticipate seeking any additional extensions of time.

**IT IS SO STIPULATED.**

DATED: October 31, 2007    COREY, LUZAICH, PLISKA,
    DEGHETALDI & NASTARI, LLP

    /s/
    DARIO DEGHETALDI, ESQ.
    Attorneys for Plaintiffs

DATED: October 31, 2007    SCOTT N. SCHOOLS
    United States Attorney

    /s/
    JONATHAN U. LEE
    Assistant United States Attorney
    Attorneys for Federal Defendant

**APPROVED AND SO ORDERED.**

The new date for the Case Management Conference is ~~January 11, 2008~~ January 18, 2008, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: November 2, 2007    _/s/ Maxine M. Chesney_
    THE HON. MAXINE M. CHESNEY
    United States District Court Judge

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC    -2-