**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: JAN 1 8 2008

C-07-2889-MMC

County of Santa Cruz et al, v. Centers for Medicare

Attorneys: Dario de Ghetaldi        Jonathan Lee

Colleen Duffy Smith

Deputy Clerk: **TRACY LUCERO**            Reporter: NOT REPORTED

**PROCEEDINGS:**                          **RULING:**

1. _____                _____
2. _____                _____
3. _____                _____
4. _____                _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Joint statement due by 4/18/08.
Discovery is stayed pending continued Case Management Conference.

( ) ORDER TO BE PREPARED BY:  Plntf____  Deft____  Court____

(✓) Referred to ~~Magistrate~~ ADR For: Mediation per parties agreement (w/ Howard Haman)
(✓) By Court
(✓) CASE CONTINUED TO 4/25/08 @ 10:30 for Continued Case Management Conf.

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date_____  Trial Date_____  Set for ____ days
Type of Trial: ( )Jury  ( )Court
Notes: _____

CC: ADR/MED (15 min)