1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, California 94102
   Telephone:     (415) 436-6909
6  Facsimile:     (415) 436-6748
   Email: jonathan.lee@usdoj.gov
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 COUNTY OF SANTA CRUZ, et al.      )    No. C 07-2889 MMC
                                     )
12       Plaintiffs,                 )    NOTICE OF UNAVAILABILITY
                                     )
13    v.                             )
                                     )
14 CENTERS FOR MEDICARE AND          )
   MEDICAID SERVICES,                )
15                                   )
         Defendant.                  )
16 _____ )

17 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18     Defendant's counsel will be unavailable for the period beginning March 21, 2008 and

19 continuing until March 31, 2008, when counsel will return to the office.  Please be advised that

20 scheduling hearings during these dates of unavailability could subject you to sanctions.

21 *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

22                                        Respectfully submitted,

23

24                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
25

26

27 Dated: March 18, 2008                  ___/s/_____
                                          JONATHAN U. LEE
28                                        Assistant United States Attorney

Notice of Unavailability
C 07-2889 MMC                     -1-