# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| County of Santa Cruz, | No. C 07-02889 MMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Centers For Medicare and Medicaid Services, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/1/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __4/16/08__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: __4/1/08__

_Howard H_ [signature]
Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Certification of ADR Session
07-02889 MMC MED