DARIO de GHETALDI (126782)
JERRY E. NASTARI (151756)
AMANDA L. RIDDLE (215221)
COREY, LUZAICH, PLISKA, de GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone:   (650) 871-5666
Facsimile:   (650) 871-4144

COLLEEN DUFFY SMITH (161163)
MICHAEL G. REEDY (161002)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendant. | Case No. C 07-2889 MMC <br><br> **STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN CASE MANAGEMENT DEADLINES; PROPOSED ORDER** <br><br> **Date: April 25, 2008** <br> **Time: 10:30 a.m.** <br> **Place: Courtroom 7, 19th Floor** <br> **Judge: Hon. Maxine M. Chesney** |

Subject to the approval of this Court, Plaintiffs, COUNTY OF SANTA CRUZ, et al., and

Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through

---
1
STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES

CASE NO. C 07-2889 MMC

their undersigned counsel, stipulate to postpone the Case Management Conference from April 25, 2008, to May 30, 2008, at the time and place shown above. The parties also request that the dates for submission of a joint case management conference statement, be postponed from April 18, 2008 to May 22, 2008.

On April 1, 2008, the parties participated in a mediation session by Howard A. Herman. There are further phone discussions expected by April 16, 2008, as the mediation process continues. The purpose of this stipulation is to further and facilitate ongoing discussions and efforts to resolve the issues framed by the Plaintiffs' complaint with the involvement of the Alternative Dispute Resolution Department of this Court.

**IT IS SO STIPULATED.**

DATED:  April 4, 2008                    MCMANIS FAULKNER & MORGAN

                                         _____/s/_____
                                         COLLEEN DUFFY SMITH
                                         Attorneys for Plaintiffs

DATED:  April 4, 2008                    JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____/s/_____
                                         JONATHAN U. LEE
                                         Assistant United States Attorney
                                         Attorneys for Federal Defendant

**APPROVED AND SO ORDERED.**

The new date for the Case Management Conference is May 30, 2008, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA   94102.

DATED: _____              _____
                                    THE HON. MAXINE M. CHESNEY
                                    United States District Court Judge

2
STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES
CASE NO. C 07-2889 MMC

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for Plaintiff County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for Plaintiff County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: 619-531-4860
Fax: 619-531-6005
Attorneys for Plaintiff County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for Plaintiff County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for Plaintiff County of Santa Barbara

R. Wyatt Cash - Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal - Bar No. 151156
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for Plaintiff County of San Luis Obispo

---

3
STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES

CASE NO. C 07-2889 MMC