DARIO de GHETALDI (126782)
JERRY E. NASTARI (151756)
AMANDA L. RIDDLE (215221)
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone:    (650) 871-5666
Facsimile:    (650) 871-4144

COLLEEN DUFFY SMITH (161163)
MICHAEL G. REEDY (161002)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    Defendant. | Case No. C 07-2889 MMC<br><br>**STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN CASE MANAGEMENT DEADLINES; ~~PROPOSED~~ ORDER**<br><br>Date:  April 25, 2008<br>Time:  10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

Subject to the approval of this Court, Plaintiffs, COUNTY OF SANTA CRUZ, et al., and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through

---
1
STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES

CASE NO. C 07-2889 MMC

1  their undersigned counsel, stipulate to postpone the Case Management Conference from April
2  25, 2008, to May 30, 2008, at the time and place shown above.  The parties also request that the
3  dates for submission of a joint case management conference statement, be postponed from April
4  18, 2008 to May 22, 2008.
5       On April 1, 2008, the parties participated in a mediation session by Howard A. Herman.
6  There are further phone discussions expected by April 16, 2008, as the mediation process
7  continues.  The purpose of this stipulation is to further and facilitate ongoing discussions and
8  efforts to resolve the issues framed by the Plaintiffs' complaint with the involvement of the
9  Alternative Dispute Resolution Department of this Court.
10      **IT IS SO STIPULATED.**

11
12  DATED:  April 4, 2008                MCMANIS FAULKNER & MORGAN
13
14                                       _____/s/_____
                                         COLLEEN DUFFY SMITH
15                                       Attorneys for Plaintiffs

16  DATED:  April 4, 2008                JOSEPH P. RUSSONIELLO
                                         United States Attorney
17

18                                       _____/s/_____
19                                       JONATHAN U. LEE
                                         Assistant United States Attorney
20                                       Attorneys for Federal Defendant

21
22      **APPROVED AND SO ORDERED,** with the exception that
                                              23
23      The new date for the Case Management Conference is May ~~30~~, 2008, at 10:30 a.m. in
24  Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102.

25
26  DATED:  April 7, 2008                _/s/ Maxine M. Chesney_____
                                         THE HON. MAXINE M. CHESNEY
27                                       United States District Court Judge

                                         2
28  STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND CERTAIN DEADLINES
                                              CASE NO. C 07-2889 MMC