DARIO DE GHETALDI (126782)
COREY, LUZAICH, PLISKA, de GHETALDI & NASTALI
700 El Camino Real
P.O. Box 669
Millbrae, CA 95030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendant. | No. C 07-2889 MMC<br><br>STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND ALL CASE MANAGEMENT DEADLINES INCLUDING FEDERAL DEFENDANT'S INITIAL RESPONSIVE PLEADING; PROPOSED ORDER<br><br>Date: May 23, 2008<br>Time: 10:30 a.m.<br>Dept: Courtroom 7, 19th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA<br>Judge: Hon. Maxine M. Chesney |

///

///

STIPULATION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE; CASE No. C 07-2889 MMC

Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, stipulate to postpone the Further Case Management Conference from May 23, 2008 to June 13, 2008, at the time and place shown above.  The parties also request that the dates for submission of a further joint case management conference statement, and exchange of initial disclosures be postponed to derive from the postponed, requested date for the further case management conference, June 13, 2008.  The parties further request that the deadline for defendant's initial responsive pleading to be filed be extended to a date agreeable to the Court and the parties, and that said date be set at the June 13, 2008, further case management conference.  If June 13, 2008 is not available on the Court's calendar, the parties alternatively request a resetting of the Further Case Management Conference to June 20, 2008.

When the parties submitted their most recent stipulation on April 4, 2008 (see Docket #31), they did not request May 23, 2008, because of a prior out of state commitment for defense counsel during May 20-23, 2008.  Instead the parties requested May 30, 2008.  The Court granted the stipulation but changed the date of the Further Case Management Conference from the parties' requested date of May 30, 2008 to May 23, 2008.  Defense counsel's scheduling conflict for May 23, 2008 has not gone away, and therefore the parties have stipulated to the relief requested herein.

///

///

STIPULATION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE; CASE No. C 07-2889 MMC

| | | |
|---|---|---|
| 1 | Dated: May 15, 2008 | COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI, LLP |
| 2 | | |
| 3 | | |
| 4 | | _____/S/_____<br>DARIO DE GHETALDI, ESQ.<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: May 15, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 7 | | |
| 8 | | _____/S/_____<br>JONATHAN U. LEE |
| 9 | | Assistant United States Attorney |
| 10 | | Attorneys for Federal Defendant |

APPROVED AND SO ORDERED.

The new date for the Further Case Management Conference is June 13, 2008, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

DATED: _____          _____
                                                            THE HON. MAXINE M. CHESNEY
                                                            United States District Court Judge