1  DARIO DE GHETALDI (126782)
   COREY, LUZAICH, PLISKA, de GHETALDI & NASTALI
2  700 El Camino Real
   P.O. Box 669
3  Millbrae, CA 95030
   Telephone: (650) 871-5666
4  Facsimile: (650) 871-4144
   Email: deg@coreylaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendant. | No. C 07-2889 MMC<br><br>STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND ALL CASE MANAGEMENT DEADLINES INCLUDING FEDERAL DEFENDANT'S INITIAL RESPONSIVE PLEADING; ~~PROPOSED~~ ORDER<br><br>Date: May 23, 2008<br>Time: 10:30 a.m.<br>Dept: Courtroom 7, 19th Floor<br>   450 Golden Gate Avenue<br>   San Francisco, CA<br>Judge: Hon. Maxine M. Chesney |

///

///

1  Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ,
2  COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN,
3  COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF
4  MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID
5  SERVICES, by and through their undersigned counsel, stipulate to postpone the Further
6  Case Management Conference from May 23, 2008 to June 13, 2008, at the time and
7  place shown above.  The parties also request that the dates for submission of a further
8  joint case management conference statement, and exchange of initial disclosures be
9  postponed to derive from the postponed, requested date for the further case
10 management conference, June 13, 2008.  The parties further request that the deadline
11 for defendant's initial responsive pleading to be filed be extended to a date agreeable to
12 the Court and the parties, and that said date be set at the June 13, 2008, further case
13 management conference.  If June 13, 2008 is not available on the Court's calendar, the
14 parties alternatively request a resetting of the Further Case Management Conference to
15 June 20, 2008.

16 When the parties submitted their most recent stipulation on April 4, 2008 (see
17 Docket #31), they did not request May 23, 2008, because of a prior out of state
18 commitment for defense counsel during May 20-23, 2008.  Instead the parties
19 requested May 30, 2008.  The Court granted the stipulation but changed the date of the
20 Further Case Management Conference from the parties' requested date of May 30,
21 2008 to May 23, 2008.  Defense counsel's scheduling conflict for May 23, 2008 has not
22 gone away, and therefore the parties have stipulated to the relief requested herein.

///
///

STIPULATION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE; CASE No. C 07-2889 MMC

1  Dated: May 15, 2008                    COREY, LUZAICH, PLISKA,
2                                          DE GHETALDI & NASTARI, LLP
3
4                                          _____/S/_____
                                           DARIO DE GHETALDI, ESQ.
5                                          Attorneys for Plaintiffs

6  Dated: May 15, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney
7

8                                          _____/S/_____
                                           JONATHAN U. LEE
9                                          Assistant United States Attorney
10                                         Attorneys for Federal Defendant

11       APPROVED AND SO ORDERED, except the parties' request to extend the deadline for
   defendant's filing of its responsive pleading is denied as moot; defendant filed its answer on January
12 11, 2008. The new date for the Further Case Management Conference is ~~June 13, 2008~~, at
                                                                         June 20, 2008
13 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA
14 94102. A Joint Case Management Statement shall be filed no later than June 13, 2008.
15
16 DATED:    May 16, 2008           _____
17                                  THE HON. MAXINE M. CHESNEY
                                    United States District Court Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE; CASE No. C 07-2889 MMC