**CIVIL MINUTES**

E-filing

**Judge MAXINE M. CHESNEY**

Date: JUN 2 0 2008

C-07-2889-MMC (MED)

County of Santa Cruz et al v. Centers for Medicare

Attorneys: Dario de Ghetaldi / Jonathan Lee

Colleen Duffy Smith

Deputy Clerk: **TRACY LUCERO**   Reporter: NOT REPORTED

**PROCEEDINGS:**   **RULING:**

1. _____

2. _____

3. _____

4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — CONTINUED

**ORDERED AFTER HEARING:**

Joint statement due by 2/6/09. Defendant's motion for summary judgment may be filed no earlier than 11/7/08.

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For: _____
( ) By Court
(✓) CASE CONTINUED TO 2/13/09 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
Type of Trial: ( ) Jury ( ) Court
Notes: _____

(25 min)