# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| County of Santa Cruz, | No. C 07-02889 MMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Centers For Medicare and Medicaid Services, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _4/1/08 with telephonic follow-up_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _7/10/08_

Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
07-02889 MMC MED