JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone:       (415) 436-6909
Facsimile:        (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | No. C 07-2889 MMC |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. | |

Defendant's counsel will be unavailable from August 2-10, 2008.  Please be advised that scheduling hearings during these dates of unavailability may be sanctionable. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

DATED: July 15, 2008                    JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____
                                        JONATHAN U. LEE
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant

NOTICE OF UNAVAILABILITY
C 07-2889 MMC                           -1-