COLLEEN DUFFY SMITH (161163)
MORGAN DUFFY-SMITH & TIDALGO LLP
1960 The Alameda, Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

Co-Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | No. C 07-2889 MMC |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER PERMITTING THE FILING BY PLAINTIFFS OF A FIRST AMENDED COMPLAINT |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. | Dept: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br><br>Judge: Hon. Maxine M. Chesney |

It is hereby stipulated by and between the parties hereto: Plaintiffs, County of Santa Cruz, et al., and Defendant, Centers for Medicare and Medicaid Services, that

/ / /

/ / /

1  Plaintiffs are allowed to file the First Amended Complaint, attached hereto as Exhibit A.

3  So stipulated:

4  Dated: 7/18/08

MORGAN DUFFY-SMITH & TIDALGO

_____
COLLEEN DUFFY-SMITH
Attorneys for Plaintiffs

9  Dated: 7/18/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendant

APPROVED AND SO ORDERED.

The parties having stipulated to the filing of a First Amended Complaint in this matter, and good cause appearing therefore, the Plaintiffs shall be allowed leave to amend so that their First Amended Complaint, as set forth in Exhibit A, shall be filed no later than July 25, 2008.

DATED: _____        _____
THE HON. MAXINE M. CHESNEY
United States District Court Judge

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

<u>Additional Co-Counsel for Plaintiffs:</u>

Dario de Ghetaldi – Bar No. 126782
Jerry E. Nastari – Bar No. 151756
Amanda L. Riddle – Bar No. 215221
COREY LUZAICH PLISKA DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone: 650.871.5666
Facsimile: 650.871.4144
Email: deg@coreylaw.com

Michael G. Reedy – Bar No. 161002
McMANIS FAULKNER
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: 408.279.8700
Facsimile: 408.279.3244
Email: mreedy@mcmanisfaulkner.com

<u>Additional Counsel for Individual Plaintiffs</u>

Dana M. McRae – Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Telephone: 831.454.2040
Facsimile: 831.454.2115
Email: dana.mcrae@co.santa-cruz.ca.us
Attorneys for Santa Cruz County

Daniel Wallace – Bar 37287
Santa Barbara County Counsel
Celeste E. Andersen – Bar No. 141965
Deputy Santa Barbara Counsel
Office of the County Counsel
105 East Anapuma, Suite 201
Santa Barbara, CA 93101
Telephone: 805.568.2950
Attorneys for Santa Barbara County

Steven M. Woodside – Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Telephone: 707.565.2421
Facsimile: 707.565.2624
Email: swoodside@sonoma--county.org
Attorneys for Sonoma County

R. Wyatt Cash – Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal – Bar No. 151156
Dep. San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Telephone: 805.781.5400
Facsimile: 805.781.4221
Email: rneal@co.slo.ca.us
Attorneys for San Luis Obispo County

1  John J. Sansone – Bar No. 103060
   San Diego County Counsel
2  Office of the County Counsel                    Charles J. McKee – Bar No. 152458
   County Administration Center                    Monterey County Counsel
3  1600 Pacific Highway, Room 355                  William M. Litt – Bar No. 166614
4  San Diego, CA  92101                            Deputy Monterey County Counsel
   Telephone:  619.531.4860                        Office of the County Counsel
5  Facsimile:  619.531.6005                        168 West Alisal Street, 3rd Fl.
   Email:  john.sansone@sdcounty.ca.gov            Salinas, CA  93901
6  Attorneys for San Diego County                  Telephone:  831.755.5045
                                                   Facsimile:  831.755.5283
7                                                  Email:  littwm@co.monterey.ca.us
   Patrick K. Faulkner – Bar No. 70801             Attorneys for Monterey County
8  Marin County Counsel
   Jack F. Govi – Bar No. 88483
9  Assistant Marin County Counsel
   Mari-Ann Gibbs Rivers – Bar No. 117053
10 Deputy Marin County Counsel
   Office of the County Counsel
11 3501 Civic Center Drive, Suite 303
12 San Rafael, CA  94903
   Telephone:  415.499.6117
13 Facsimile:  415.499.3796
   Email:  mrivers@co.marin.ca.us
14 Attorneys for Marin County

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT;
CASE No. C 07-2889 MMC