COLLEEN DUFFY SMITH (161163)
MORGAN DUFFY-SMITH & TIDALGO LLP
1960 The Alameda, Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

Co-Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendant. | No. C 07-2889 MMC<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING THE FILING BY PLAINTIFFS OF A FIRST AMENDED COMPLAINT<br><br>Dept: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br><br>Judge: Hon. Maxine M. Chesney |

It is hereby stipulated by and between the parties hereto: Plaintiffs, County of Santa Cruz, et al., and Defendant, Centers for Medicare and Medicaid Services, that

/ / /

/ / /

Plaintiffs are allowed to file the First Amended Complaint, attached hereto as Exhibit A.

So stipulated:

Dated: 7/18/08

MORGAN DUFFY-SMITH & TIDALGO

_____
COLLEEN DUFFY-SMITH
Attorneys for Plaintiffs

Dated: 7/18/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendant

APPROVED AND SO ORDERED.

The parties having stipulated to the filing of a First Amended Complaint in this matter, and good cause appearing therefore, the Plaintiffs shall be allowed leave to amend so that their First Amended Complaint, as set forth in Exhibit A, shall be filed no later than July 25, 2008.

DATED:   July 21, 2008

_____
THE HON. MAXINE M. CHESNEY
United States District Court Judge

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /