JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone:      (415) 436-6909
Facsimile:       (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CENTERS FOR MEDICARE AND ) <br> MEDICAID SERVICES, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | No. C 07-2889 MMC <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING DEFENDANT'S RESPONSE TO AMENDED COMPLAINT FILED JULY 25, 2008** <br><br> [FRCP 15(a)(3)] |

    Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, stipulate that defendant's response to the plaintiff's amended complaint filed on July 25, 2008 will be filed on or before August 29, 2008.

    The parties make this stipulation to accommodate defense counsel's planned vacation of August 2-10, 2008 and subsequent business-related travel to the East Coast on August 10-19, 2008.

**IT IS SO STIPULATED.**

DATED: July 31, 2008                MORGAN DUFFY-SMITH & TIDALGO LLP

/s/
COLLEEN DUFFY-SMITH, ESQ.
Attorneys for Plaintiffs

DATED: July 31, 2008                JOSEPH P. RUSSONIELLO
United States Attorney

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendant

**APPROVED AND SO ORDERED**.

DATED:  August 1, 2008            *[signature]*
THE HON. MAXINE M. CHESNEY
United States District Court Judge