JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone:     (415) 436-6909
Facsimile:     (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    Defendant. | No. C 07-2889 MMC<br><br>**STIPULATION AND PROPOSED ORDER REGARDING SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING** |

Following recent communications regarding the status of the pleadings in this case and subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, stipulate as follows:

1. Plaintiffs will e-file a Second Amended Complaint no later than September 19, 2008.

2. Defendant will e-file its responsive pleading to the Second Amended Complaint

no later than October 24, 2008.

3. The parties' previous stipulation regarding defendant's responsive pleading to the First Amended Complaint (see Docket #43) is superceded by this stipulation. At the time of the previous stipulation, plaintiffs did not intend to file a further amended complaint.

**IT IS SO STIPULATED.**

DATED: September __, 2008     COREY, LUZAICH, PLISKA,
                              DEGHETALDI & NASTARI, LLP

                              /s/
                              _____
                              DARIO DEGHETALDI, ESQ.
                              Attorneys for Plaintiffs


                              MORGAN DUFFY-SMITH & TIDALGO LLP

                              /s/
                              _____
                              COLLEEN DUFFY-SMITH, ESQ.
                              Attorneys for Plaintiffs


DATED: September __, 2008     JOSEPH P. RUSSONIELLO
                              United States Attorney

                              /s/
                              _____
                              JONATHAN U. LEE
                              Assistant United States Attorney
                              Attorneys for Federal Defendant

**APPROVED AND SO ORDERED**.

DATED: _____   _____
                              THE HON. MAXINE M. CHESNEY
                              United States District Court Judge

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                          -2-