**EXHIBIT 9**

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**Centers for Medicare & Medicaid Services**
**7500 Security Boulevard, Mail Stop N2-20-16**
**Baltimore, Maryland 21244-1850**



---

**Office of Strategic Operations and Regulatory Affairs / Freedom of Information Group**

---

November 2, 2007                    **VIA OVERNIGHT MAIL**

**REFER TO:  C07FOI0597 (DJH)**

Ms. Amanda Riddle, Esquire
Corey, Luzaich, Pliska, DeGhetaldi & Nastari
700 El Camino Real
P.O. Box 669
Millbrae, California  94030

Dear Ms. Riddle:

This letter is an additional response to your December 11, 2006, Freedom of Information Act (FOIA) request which you submitted to this office, requesting the following categories of information:

    a.    Item numbers 1 through 16 seeking information contained in the Centers for Medicare & Medicaid Services (CMS) indexes established pursuant to 42 U.S. C. § 1395w-4(e)(1) reflecting the three Geographic Practice Cost Indexes (GPCI) for physicians' services from 1999 to the present;

    b.    Item numbers 17 through 22 seeking information relating to the three Relative Value Units (RVU) for  physicians' established pursuant to 42 U.S. C. § 1395w-4(c) from 1999 to present;

    c.    Item numbers 23 through 24 seeking information relating to the Geographic Adjustment Factor (GAF) for physicians' services established pursuant to 42 U.S.C. § 1395w-4(e)(2) from 1999 to present;

    d.    Item number 25 seeking information relating to the "Conversion Factor" for physicians' services established pursuant to 42 U.U.S.C. § 1395w-4(d) from 1999 to present.

On August 27, 2007, our office responded to your December 11, 2006 FOIA request, and provided the following documents and information: (1) a report containing the 2006 Geographic Practice Cost Indices, the 2006 Geographic Adjustment Factors, and the 2002 Relative Value Units; (2) three reports created during 2000, 2003, and 2004 by CMS contractors KPMG, LLP and BearingPoint, related to the Geographic Practice Cost Indices, and; (3) the actual conversion factors used for payment to physicians from 1999 to the present.

Subsequent to that response, we were advised that a retired CMS employee, formerly with the Centers for Medicare Management (CMM), may have maintained or stored records within CMS which would be responsive to your request.  Upon receipt of this additional and previously unknown information, CMM undertook an extended search of the accessible files related to this employee and his work efforts.  As a result of this additional search, CMM was able to locate some 1999, 2002 and 2005 Geographic Practice Cost Index data.  The CD containing these files is enclosed, and I am releasing this information to you in full.

**PAGE 2. – FOIA C07FOI0597 / Amanda Riddle, Esquire**

I hope the enclosed records will be of assistance to you, and there is no charge for processing this request.

Sincerely,

Michael S. Marquis
Director
Freedom of Information Group

Enclosures: CD

**EXHIBIT  10**



COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

January 7, 2008

*VIA EMAIL AND FIRST CLASS MAIL*

Jonathan U. Lee
Assistant United States Attorney
Office of the United States Attorney
Northern District of California
450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102

Re:    County of Santa Cruz v. CMS

Dear Jonathan:

I hope you had a good holiday and kept dry in the little storm we had last week.  As promised at our meeting last month, here is a summary of the items we believe are still outstanding on our FOIA requests dated December 11, 2006, and January 30, 2007.

### December 11, 2006 Request

#### Request Nos. 1-15

These requests seek certain statistical information employed by CMS in the calculation of the three GPCIs (work effort, practice expense, and malpractice) for each payment locality and each county in the United States yearly from 1999 to the present: (a) Numbers 1-3 seek the GPCIs for each county after being adjusted by a national budget neutral scaler; (b) Numbers 10-12 seek the GPCIs for each county before being adjusted by a national budget neutral scaler; (c) Numbers 13-15 seek the GPCIs for each locality after being adjusted by a national budget neutral scaler; (d) Numbers 4-6 seek the GPCIs for each payment locality prior to being adjusted by the application of a national budget neutral scaler; and (e) Numbers 7-9 seek the values for the budget neutral scalers by year.

As we understand it, the GPCIs have to be adjusted +/- whenever the RVUs are changed to preserve national budget neutrality.  The RVUs get a major overhaul every 5 years, but actually change every years because CMS adds new procedures every year.  These annual changes in the RVUs require the application of a scaler to the GPCIs to preserve national budget neutrality.

Jonathan Lee
January 7, 2008
Page 2

As you and I discussed, the document referenced by Mr. Marquis as being partially responsive to Numbers 10-12 is actually a print-out of an Excel file, a copy of which we provided to CMS on May 3, 2007, as an example of the type of county-specific information we were seeking. As you and I also discussed, the print-out of the Excel file does not contain all of the information of the electronic version.

In summary, we will accept the representation made by Michael Marquis in his letter of August 27, 2007, to Amanda Riddle that Numbers 13-15 are available in the Federal Register as an adequate response under FOIA. As to Numbers 1-12, we continue to believe that the requested information constitutes "agency records" under FOIA and cannot accept Mr. Marquis' representation that CMS "is not in possession of the information" as a sufficient response under FOIA.

### Request No. 16

Number 16 seeks the calculations used to determine the value of the 2007 adjuster for the GPCI for physician work effort.

In 2007, all primary care work RVUs were inflated by approximately 10% and CMS created a special adjuster for the work GPCIs with a value of approximately 10.4% (whereas the adjuster is usually in the range of +/- 0.5%).

We believe the requested information is contained in "agency records" as defined under FOIA and do not believe CMS' response to be adequate.

### Request Nos. 17-22

Numbers 17-22 seek the yearly aggregate RVUs by county and locality for each component of physicians' services for each year from 1999 to the present. This information is used by CMS to calculate what I have come to refer to as "locality GAFs." Examples of locality GAFs can be found at 71 FR 70017-70018 and in the column entitled "GAF06BN" in the print-out of the Excel file provided by Mr. Marquis.

We believe the requested information is contained in "agency records" as defined under FOIA and do not believe CMS' response to be adequate.

### Request No. 23

This request seeks the GAF for each county in the United States for each year from 1999 to the present. As you and I discussed, the print-out of the Excel file provided by Mr. Marquis contains

Jonathan Lee
January 7, 2008
Page 3

the requested information for 2006 only.  We have copies of the Excel files for 1999 and 2002 that CMS provided to the California Medical Association.  Similar files should exist for the other requested years.

Mr. Marquis' letter states that CMS' contractors have utilized county-level data to calculate GPCIs, but maintains that CMS was not provided with the information and does not have it in its possession.  That statement contradicts the oral representation made to Amanda Riddle by Stephanie Monroe (summarized in Ms. Riddle's letter to Ms. Danean Holman and Ms. Jonnice McQuay dated April 20, 2007) to the effect that CMS maintains GPCI and GAF information for 220 counties in the United States and that the remainder of counties are given a weighted average based on those figures.

As you and I discussed, Mr. Ulikowski informed me in our discussions last spring that CMS maintained county-based GPCI, RVU, and GAF data during his tenure at the agency.

We believe the requested information is contained in "agency records" as defined under FOIA and do not believe CMS' response to be adequate.

### *Request No. 24*

This request seeks the locality GAFs for each payment locality in the United States for each year from 1999 to the present.

We accept Mr. Marquis' representation that the requested information is published in the federal register as an adequate response under FOIA.

### *Request No. 25*

This request seeks the actual Conversion Factor used for payments to physicians from 1999 to the present.

We accept the data table in Mr. Marquis' letter as an adequate response under FOIA.

### *January 30, 2007 Request*

This request sought documents sufficient to show the method by which the RVU weighted GPCIs were modified in 1996 to create statewide budget neutral GPCIs for application in 1996.

Mr. Marquis' responsive letter of August 20, 2007, refers to the electronic version of the Excel file containing data used for 2006 payment calculations and to the 1995 HER report.

Jonathan Lee
January 7, 2008
Page 4

Neither of those documents is responsive to the request. We believe the requested information is contained in "agency records" as defined under FOIA and do not believe CMS' response to be adequate.

In conclusion, hopefully I have accurately summarized our discussions. I'd like to thank you once more for your courtesy and cooperation in attempting to informally resolve the issues raised by our FOIA requests. We have an ADR conference call set for tomorrow at 2:00 p.m. and it would probably be helpful if we spoke ahead of that call. Please let me know when you might be available to do that.

Sincerely,

Dario de Ghetaldi

DEG/drj

**EXHIBIT  11**



COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels
Janet M. Li

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

January 30, 2007

BY FACSIMILE ONLY

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re:    Freedom of Information Act

Dear Freedom of Information Group:

This is a request under the Freedom of Information Act.  **This request is being sent in replacement of the FOIA request sent by this office on January 29, 2007, which contained certain typographical errors, and incomplete information.  Please disregard that January 29, 2007, request.**

This request is in addition to the FOIA request that I made on December 11, 2006, which has been assigned the case number C07FOI0597 (DJH), and has been assigned to Ms. Danean Jones-Holman.  I request that a copy of the following documents, or documents containing the requested information, be provided to me, preferably in the form of an Excel spreadsheet if available.

1.    Documents sufficient to show the method by which Relative Value Unit ("RVU") weighted Geographic Practice Cost Indexes ("GPCI") were modified in 1996 to create statewide budget neutral GPCIs for application in 1997. (See Proposed Rule, 7/2/1996, 61 FR 34620; see also Final Rule, 11/22/1996, 61 FR 59494 ["The GPCIs for the new localities were calculated to be budget neutral within each State.  That is, the same total physician fee schedule payment will be made within a State that would have been made if the current localities were retained."].)

Geno & Cindy Acevedo
January 29, 2007
Page 2

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am an attorney at the law firm of Corey, Luzaich, Pliska, de Ghetaldi & Nastari, and our address and contact information is stated at the letterhead of this letter.

I am willing to pay fees up the a maximum of $1,000.00. If you estimate that the fees will exceed this limit, please inform me first.

I request that the information I seek be provided in electronic format (such as in one or more Excel spreadsheets), and I would like to receive it on a CD-Rom.

Please contact me at the telephone number listed above, between the hours of 9 a.m. and 5 p.m., if necessary, to discuss any aspect of this request.

Thank you for your assistance with this request.

Sincerely,

Amanda L. Riddle

**EXHIBIT 12**



### COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
*Attorneys at Law*

George R. Corey
Steven N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels
Janet M. Li

700 EL CAMINO REAL, P.O. BOX 669
· MILLBRAE, CALIFORNIA 94030
(650) 871-5666 · FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

April 18, 2007

**BY FACSIMILE AND U.S. MAIL**

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re:    <u>Freedom of Information Act Request</u>

Dear Freedom of Information Group:

The enclosed Freedom of Information Act Request was sent to CMS by this office on January 30, 2007, by facsimile and U.S. mail. The 20 business day response period has lapsed with no communication or response from CMS at all regarding this request, not even informing us of the reference number that has been assigned to the request. I have left numerous voicemail messages on the Freedom of Information Group's voicemail, none of which have been returned. The information and documents requested in this request are pertinent to a legal proceeding. It is imperative that we receive an official response from CMS immediately as to the status of our request and whether it will be granted or denied.

Please provide a response to the FOIA request as soon as possible.

Sincerely,

Amanda L. Riddle

**EXHIBIT  13**

CENTERS FOR MEDICARE & MEDICAID SERVICES
OFFICE OF STRATEGIC OPERATIONS AND
REGULATORY AFFAIS
FREEDOM OF INFORMATION GROUP
N2-20-16 7500 SECURITY BOULEVARD
BALTIMORE, MARYLAND  21244-1850

## FACSIMILE TRANSMITTAL SHEET

| TO: Amanda Riddle | FROM: Danean Jones Holman |
|---|---|
| H Corey, Luzaich, Pliska, De Ghetaldi & Nastari | DATE: 7/13/07 |
| | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE: (650) 871-5666 | SENDER'S NUMBER: (410) 786-9356 |
| RE: C07FOI1725-Amanda Riddle | SENDER'S FAX NUMBER: (410) 786-0474 |

URGENT      FOR REVIEW      PLEASE COMMENT      PLEASE REPLY      ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Ms. Riddle, please see the attached acknowledgement letter from Michael Marquis,
FOIA Officer, Centers for Medicare & Medicaid Services for your January 30,
2007 FOIA request.   The original acknowledgement letter will arrive via certified
mail.

Thank you.

Danean Jones-Holman

FOIA Specialist

JUL-13-2007  14:31                                                                              P.02

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850



Office of Strategic Operations and Regulatory Affairs/ Freedom of Information Group

Refer to: C07FOI1725 (DJH)

JUL 13 2007

Ms. Amanda Riddle, Esquire
Corey, Luzaich, Pliska, De Ghetaldi & Nastari
Attorneys at Law
700 El Camino Real
P.O. Box 669
Millbrae, California 94030

Dear Ms. Riddle:

The Freedom of Information Group (FIG), Office of Strategic Operations and Regulatory
Affairs, Centers for Medicare & Medicaid Services (CMS) acknowledges receipt of your
Freedom of Information Act (FOIA) request dated January 30, 2007, which we received via
facsimile transmission on that date. However, because the subject matter of your
January 30 request was so similar to the subject matter of a request you previously submitted to
FIG by letter dated December 11, 2006 (C07FOI0597), my staff considered your January 30
request as an addendum to your prior submission, and processed the two requests as one.

Upon further review, I have determined to separately process your January 30 and December 11
requests. I have assigned the January 30 request case number C07FOI1725. I apologize for any
inconveniences to you.

Regarding both FOIA requests C07FOI0597 and C07FOI1725, a search for responsive
documents continues in the Division of Practitioner Services, Hospital and Ambulatory Policy
Group, Center for Medicare Management, and when this agency has fulfilled its FOIA
responsibilities by making a good faith effort to locate the requested records and all such records
located as a result of that effort have been forwarded to me for disposition, FIG will complete the
processing of your requests and I will issue my disclosure decisions. This will be done as
expeditiously as possible.

Sincerely yours,

Michael S. Marquis
Director
Freedom of Information Group

TOTAL P.02

**EXHIBIT 14**



### COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels
Janet M. Li

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

July 17, 2007

**BY FACSIMILE ONLY**

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re:    Freedom of Information Act

Dear Freedom of Information Group:

This is a request under the Freedom of Information Act and is made on behalf of the County of Santa Cruz, the County of Sonoma, the County of Santa Barbara, the County of Marin, the County of San Diego, the County of San Luis Obispo, and the County of Monterey, each of which are political subdivisions of the State of California. This request is related to the requests dated December 11, 2006 (C07FOI0597) and January 30, 2007 (C07FOI1725) submitted by Amanda L. Riddle of this office. In addtion, this request is related to pending litigation in *County of Santa Cruz, et al., v. Michael Leavitt*, United States District Court, Northern District of California, case number C-07-2888 EMC, and *County of Santa Cruz, et al., v. Centers for Medicare and Medicaid Services,* United States District Court, Northern District of California, case number C-07-2889 MMC.

Request is hereby made that a copy of the following documents, or documents containing the requested information, be provided to me, preferably in the form of an Excel spreadsheet if available.

1.    Documents sufficient to show the GAFs, GPCIs, RVUs, and all conversion factors applied for each county in the United States used in calculating payments to physicians for the years 2007-2009.

2.    The source file for Practice Expense GPCIs for the years 1999 to 2009, including documents sufficient to show: (a) the rent data, wage data, and other expense data used for all

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
July 17, 2007
Page 2

counties and localities; (b) the methodology used to modify any HUD rent data employed in the calculations, including which percentile and type (number of bedrooms) used; and (c) the actual calculation used for all counties and localities in order to arrive at the peGPCI for each (this should include all components of the peGPCI).

3.      The source data for the wGPCIs, including input data points for 1999 to 2009 for all counties and localities, and documents sufficient to show the methodology used in the calculation of the full wGPCI for each county and locality.

4.      Any report prepared by the GAO, the Urban Institute, and/or MedPAC that CMS staff reviewed or considered in the preparation of the Proposed Rule published in 72 FR 38122 on July 12, 2007.

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am an attorney at the law firm of Corey, Luzaich, Pliska, de Ghetaldi & Nastari, and our address and contact information is stated at the letterhead of this letter.

We are willing to pay fees up the a maximum of $1,000.00.  If you estimate that the fees will exceed this limit, please inform me first.

I request that the information I seek be provided in electronic format (such as in one or more Excel spreadsheets), and I would like to receive it on a CD-Rom.

Please contact me at the telephone number listed above, between the hours of 9 a.m. and 5 p.m., if necessary, to discuss any aspect of this request.

Finally, please expedite this request as the information requested is necessary for our office and our clients to be able to submit a timely and complete response to the Proposed Rule published by CMS in 72 FR 38122.  An expedited response to this FOIA request is necessary since the response to the Proposed Rule must be submitted no later than August 31, 2007.

Thank you for your assistance with this request.

Sincerely,

Dario de Ghetaldi

DEG/drj

EXHIBIT 15

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850



**CENTERS for MEDICARE & MEDICAID SERVICES**

Office of Strategic Operations and Regulatory Affairs/ Freedom of Information Group

Refer to:  C07FOI1741 (DJH)

July 25, 2007

Dario de Ghetaldi
Corey, Luzaich, Pliska, De Ghetaldi & Nastari
700 El Camino Real
Millbrae, CA 94030

Dear Mr. de Ghetaldi:

I am acknowledging receipt of your Freedom of Information Act (FOIA) request dated
July 17, 2007.  Because we receive a very heavy volume of FOIA requests, we have had to
establish a policy of "first in, first out" case processing.  This policy is consistent with court
decisions regarding FOIA's time limits.  Please be assured that a case search has been initiated for
records falling within the scope of your request.  If any such records are located, they will be
reviewed as soon as possible, and you will be notified of our decision regarding release or non-
release of those documents.

If you believe that your request should be expedited for any reason; i.e., such as a court date
involving litigation, deadline for commenting on proposed regulations or other urgent matters,
please notify us in writing and provide as much relevant information as possible.  When
submitting this additional information, please refer to the case number listed at the top left-hand
corner of this letter, and send it to:  Freedom of Information Group, N2-20-16, 7500 Security
Boulevard, Baltimore, Maryland 21244-1850.

We are authorized by law to collect fees for responding to FOIA requests and assume that you
are willing to pay the fees we charge for processing this request.   If at anytime the costs for
processing your request are estimated to exceed $250, we will send you an  invoice for the full
estimated costs and suspend further processing until payment of the invoiced amount  is
received.  If estimated processing costs do not exceed $250, then we will send you an invoice for
actual costs with our response.

Sincerely yours,

Michael S. Marquis
Director
Freedom of Information Group

NOTE:  Any questions regarding the status of this request should be directed to:
Danean Jones-Holman at (410) 786-9356

**EXHIBIT 16**



## COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels
Janet M. Li

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

July 30, 2007

**BY FACSIMILE ONLY**

Michael S. Marquis, Director
c/o Danean Jones-Holman
Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re:    <u>C07FOI1741 (DJH)</u>

Dear Mr. Marquis:

Thank you for your letter of July 25, 2007, in response to our FOIA request dated July 17, 2007. Your letter asks that we give you notice if we wish to have our request expedited for any reason. As stated on page 2 of our request:

"Finally, please expedite this request as the information requested is necessary for our office and our clients to be able to submit a timely and complete response to the Proposed Rule published by CMS in 72 FR 38122. An expedited response to this FOIA request is essential since our response to the Proposed Rule must be submitted no later than August 31, 2007."

Thank you for your assistance..

Sincerely,

Dario de Ghetaldi

DEG/drj