**EXHIBIT 17**



## COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

July 2, 2008

**BY FACSIMILE ONLY**

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re:    Freedom of Information Act

Dear Freedom of Information Group:

This is a request under the Freedom of Information Act and is made on behalf of the County of Santa Cruz, the County of Sonoma, the County of Santa Barbara, the County of Marin, the County of San Diego, the County of San Luis Obispo, and the County of Monterey, each of which are political subdivisions of the State of California. This request is related to the requests dated December 11, 2006 (C07FOI0597), January 30, 2007 (C07FOI1725), and July 17, 2007 (C07FOI1741) submitted by this office. In addition, this request is related to pending litigation in *County of Santa Cruz, et al., v. Michael Leavitt*, United States District Court, Northern District of California case number C-07-2888 JSW, United States Court of Appeals for the Ninth Circuit case number 08-16389, and *County of Santa Cruz, et al., v. Centers for Medicare and Medicaid Services,* United States District Court, Northern District of California, case number C-07-2889 MMC.

Request is hereby made that a copy of the following documents, or documents containing the requested information, be provided to me, preferably in the form of an Excel spreadsheet if available.

1.    All reports provided to CMS by Acumen, LLC, that relate to the fifth comprehensive update of the Geographic Practice Cost Index referenced in 71 FR 69624, 69654 (12/1/2006): "Section 1848(e)(1)(C) of the Act requires us, in consultation with appropriate physician representatives, to review the GPCIs at least every 3 years and allows us to make adjustments based on our review. . . . CMS is currently working with Acumen, LLC to review

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
July 2, 2008
Page 2

and revise the GPCIs in accordance with the requirement that GPCIs be revised at least every 3 years. We expect to implement any revisions based on our review in January 2008."

2.    All contracts between CMS and Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

3.    All correspondence including emails between CMS and Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

4.    All data provided to Acumen, LLP, by CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

5.    All data received by CMS from Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

6.    All data employed by Acumen, LLP, in performing services for CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

7.    All reports provided to CMS by any contractor other than Acumen, LLC, that relate to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

8.    All contracts between CMS and any contractor other than Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

9.    All correspondence including emails between CMS and any contractor other than Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

10.    All data provided to any contractor other than Acumen, LLP, by CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
July 2, 2008
Page 3

11.    All data received by CMS from any contractor other than Acumen, LLP, relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

12.    All data employed by any contractor other than Acumen, LLP, in performing services for CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

13.    All reports provided to CMS by any government agency that relate to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

14.    All contracts between CMS and any government agency relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

15.    All correspondence including emails between CMS and any government agency relating to the 2008-2010 three-year update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

16.    All data provided to any government agency by CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in 71 FR 69624, 69654 (12/1/2006).

17.    All data received by CMS from any government agency relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

18.    All data employed by any government agency in performing services for CMS relating to the fifth comprehensive update of the Geographic Practice Cost Index referenced in the section of 71 FR 69624, 69654 (12/1/2006) quoted above in Request # 1.

19.    All reports provided to CMS by Acumen, LLP, that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

20.    All contracts between CMS and Acumen, LLP, that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
July 2, 2008
Page 4

Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

21.     All correspondence including emails between CMS and Acumen, LLP, that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

22.     All data provided to Acumen, LLP, by CMS that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

23.     All data received by CMS from Acumen, LLP, that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

24.     All data employed by Acumen, LLP, in performing services for CMS that relate to "a preliminary study of several options for revising the payment localities" as described in § II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008, in the Federal Register.

25.     All county-level GAF, GPCI, and RVU data relating to the Physician Fee Schedule provided to the Government Accountability Office by CMS.

26.     All correspondence including emails between the GAO and CMS relating to requests by the GAO for county-level GAF, GPCI, and RVU data relating to the Physician Fee Schedule.

27.     All county-level GAF, GPCI, and RVU data relating to the Physician Fee Schedule provided to the California Medical Association or its representatives by CMS.

28.     All correspondence including emails between the California Medical Association or its representatives and CMS relating to requests by the California Medical Association for county-level GAF, GPCI, and RVU data relating to the Physician Fee Schedule.

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am an attorney at the law firm of Corey, Luzaich, Pliska, de Ghetaldi & Nastari, LLP, and our address and contact information is stated at the letterhead of this letter.

Centers for Medicare & Medicaid Services
Office of Strategic Operations and Regulatory Affairs
Freedom of Information Group
July 2, 2008
Page 5

     We are willing to pay fees up the a maximum of $1,000.00.  If you estimate that the fees will exceed this limit, please inform me first.

     Where applicable, I request that the information I seek be provided in its original electronic format (such as in one or more Excel spreadsheets), and I would like to receive any information in electronic form on a CD-ROM if possible.

     Please contact me at the telephone number listed above, between the hours of 9 a.m. and 5 p.m., if necessary, to discuss any aspect of this request.

     Finally, ***please expedite this request*** as the information requested is necessary for our office and our clients to be able to submit a timely and complete response to the Proposed Rule which is currently scheduled to be published by CMS in the Federal Register on July 7, 2008. An expedited response to this FOIA request is essential since our response to the Proposed Rule must be submitted no later than 60 days after the date of filing for public inspection at OFR.

     Thank you for your assistance with this request.

                  Sincerely,

                  Dario de Ghetaldi

DEG/drj

**EXHIBIT 18**



## COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
*Attorneys at Law*

George R. Corey
Stevan N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

## FAX TRANSMITTAL MEMO

July 25, 2008

TO:  Desire Gaynor
    Freedom of Information Act Group
    Fax Number: 410-786-0474

FROM:  Dario de Ghetaldi

RE:  C08 FOI 1594

    Number of pages transmitted: 4

    Original to follow by mail: No

MESSAGE: Attached please find the most current schedules in the two cases referenced in our FOIA request. You will note that the reason we wanted the response expedited is that our response to the Proposed Rule published on 7/7/2008 is due on 9/5/2008 and the information requested is needed in order to make a full and complete response to the Proposed Rule. Thank you for your attention to our request.

## CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR OTHER USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY TO ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US.

**CIVIL MINUTES**

Judge MAXINE M. CHESNEY                                    E-filing

Date: JUN 2 0 2008

C-07-2889 -MMC (MED)

County of SANTA CRUZ et al   v   CENTERS for MEDICARE

Attorneys:   DARIO DE GHETALDI              JONATHAN LEE

Colleen Duffy Smith

Deputy Clerk: **TRACY LUCERO**        Reporter:      NOT REPORTED

**PROCEEDINGS:**                                          **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

                                          CONTINUED
( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Joint statement due by 2/6/09. Defendant's motion
for summary judgment may be filed no earlier than 11/7/08.

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For:_____
          ( )By Court
(✓) CASE CONTINUED TO 2/13/09 @ 10:30 for CONTINUED CASE MANAGEMENT
                                                        CONFERENCE
Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                  Type of Trial: ( )Jury   ( )Court
Notes: _____
_____
_____


(25 min)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SANTA CRUZ; COUNTY OF SONOMA; COUNTY OF SAN DIEGO COUNTY OF MARIN; COUNTY OF SANTA BARBARA; COUNTY OF SAN LUIS OBISPO; COUNTY OF MONTEREY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs - Appellants,<br><br>V.<br><br>MICHAEL O. LEAVITT, Secretary of United State Department of Health and Human Services,<br><br>       Defendant - Appellee. | No.  08-16389<br>D.C. No.  3:07-cv-02888-JSW<br>Northern District of California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., June 16, 2008**     Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

**Thu., June 26, 2008**     Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b);

**Mon., July 7, 2008**     Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1;

| **Tue., August 5, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
|---|---|
| **Mon., September 22, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Tue., October 21, 2008** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 07/25/2008 16:48
                                    NAME  : COREYLUZAICHPLISKA
                                    FAX   : 6508714144
                                    TEL   : 6508715666
                                    SER.# : BROB3J195592
```

| | |
|---|---|
| DATE,TIME | 07/25  16:47 |
| FAX NO./NAME | 14107860474 |
| DURATION | 00:00:36 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



## COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

*Attorneys at Law*

George R. Corey
Steven N. Luzaich
Dario de Ghetaldi
Jerry E. Nastari
Amanda L. Riddle
Edward A. Daniels

700 EL CAMINO REAL, P.O. BOX 669
MILLBRAE, CALIFORNIA 94030
(650) 871-5666 • FAX (650) 871-4144
*www.coreylaw.com*

Hon. Edward W. Pliska
(1935-2006)
Xenophon Tragoutsis (Ret.)

### FAX TRANSMITTAL MEMO

July 25, 2008

TO:        Desire Gaynor
           Freedom of Information Act Group
           Fax Number: 410-786-0474

FROM:      Dario de Ghetaldi

RE:        C08 FOI 1594

           Number of pages transmitted: 4

           Original to follow by mail: No

MESSAGE:   Attached please find the most current schedules in the two cases referenced in our
           FOIA request. You will note that the reason we wanted the response expedited is
           that our response to the Proposed Rule published on 7/7/2008 is due on 9/5/2008
           and the information requested is needed in order to make a full and complete
           response to the Proposed Rule. Thank you for your attention to our request.

**EXHIBIT 19**

**Dario de Ghetaldi**

| | |
|---|---|
| **From:** | Peters, Deborah J. (CMS/OSORA) [Deborah.Peters@cms.hhs.gov] |
| **Sent:** | Friday, September 05, 2008 9:24 AM |
| **To:** | Dario de Ghetaldi |
| **Cc:** | Amanda Riddle |
| **Subject:** | Freedom of Information Request C08FOI1594 / Availability of Acumen Report |
| **Importance:** | High |
| **Attachments:** | GPCI's, Accum Report, Review of Alternative GPCI Payment Locality Structures.pdf |

Friday, September 5, 2008

Mr. Dario de Ghetaldi
Ms. Amanda Riddle
Corey, Luzaich, Pliska, de Ghetaldi & Nastari, LLP
700 El Camino Real
Millbrae, California  04030

RE:  Freedom of Information Act Request C08FOI1594

Dear Mr. de Ghetaldi and Ms. Riddle:

Good morning.  This e-mail is in regard to Mr. de Ghetaldi's July 2, 2008 FOIA request to the Centers for Medicare & Medicaid Services (CMS).  I am pleased to advise you that a responsive record for Item 19 of your request is now available. Item 19 requested the following: All reports provided to CMS by Acumen, LLP, that related to "a preliminary study of several options for revising the payment localities" as described in the II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008 in the Federal Register. (Specifically, the preliminary study which CMS contracted Acumen to conduct is referenced on page 38514 of the July 7, 2008 edition of the Federal Register).

This report from Acumen is now publicly available, and you may submit electronic comments upon the report to CMS_MPFS@cms.hhs.gov  , as indicated in the e-mail below. I have also attached the report as a PDF file to this e-mail, and the link to the CMS web page is below:

http://www.cms.hhs.gov/PhysicianFeeSched/PFSFRN/itemdetail.asp?
filterType=none&filterByDID=0&sortByDID=4&sortOrder=descending&itemID=CMS1213186&intNumPerPa

I hope this will be informative in responding to one of the items in your request regarding the Geographic Practice Cost Index.

Best regards,

*Deborah J. Peters, Asst. Disclosure Policy Advisor*
*Freedom of Information Group*
*Deborah.Peters@cms.hhs.gov / PH: 410-786-3677*
*Centers for Medicare & Medicaid Services*
*Mail Stop: N2-10-26*
*7500 Security Boulevard*
*Baltimore, MD  21244-1850 / FAX:  410-786-0474*

9/8/2008

**From:** CMS PHYSICIANODF-L
**Sent:** Friday, September 05, 2008 9:57 AM
**To:** ALLODF-L@LIST.NIH.GOV; PHYSICIANODF-L@LISt.NIH.GOV; 'NURSESODF-L@LIST.NIH.GOV'
**Subject:** Availability of an Interim Study of Alternative Payment Localities under the Medicare Physician Fee Schedule

## Availability of an Interim Study of Alternative Payment Localities under the Medicare Physician Fee Schedule

Medicare is statutorily required to adjust payments for physician fee schedule services to account for differences in costs due to geographic location. There are currently 89 different localities which have not been revised since 1997.  In the CY 2009 Physician Fee Schedule notice of proposed rulemaking which was released on June 30, 2008, we indicated that we would post on the CMS website a preliminary study of several options for revising the payment localities. The report entitled: "Review of Alternative GPCI Payment Locality Structures", which was produced by Acumen, LLC under contract to CMS, may currently be found at the following link:
http://www.cms.hhs.gov/PhysicianFeeSched/downloads/ReviewOfAltGPCIs.pdf .

Our study of possible alternative payment locality configurations is in the early stages of development.  At this time we are not proposing to make any changes to the payment localities.  We encourage interested parties to submit comments on the options presented in the report as well as suggestions for other options.  These comments will be considered in the development of possible future notice and comment rulemaking. When we are ready to propose any changes to the locality configuration, we will provide extensive opportunities for public comment (for example, a town hall meeting or open door forum) on specific proposals before implementing any change.

Electronic comments on the interim report may be submitted to CMS MPFS@cms.hhs.gov until October 20, 2008.

**EXHIBIT  20**

## Dario de Ghetaldi

**From:** Dario de Ghetaldi
**Sent:** Friday, September 05, 2008 3:48 PM
**To:** 'Peters, Deborah J. (CMS/OSORA)'
**Cc:** 'Lee, Jonathan (USACAN)'; 'Colleen Duffy-Smith'; Michael G. Reedy (mreedy@mcmanisfaulkner.com)
**Subject:** RE: Freedom of Information Request C08FOI1594 / Availability of Acumen Report

Dear Ms. Peters:

Thank you for your partial response to our request of July 2, 2008. We had asked that our request be expedited so that we could properly respond to the proposed rule published in 73 FR 38502 on July 7, 2008.   The comment period has now passed and yours is the first substantive response of any kind we have received from CMS.

Late last month we found and downloaded a copy of the Acumen study of possible modifications to the locality structure used to calculate payments to physicians under Medicare Part B. Please note the following from the paragraph at the top of page 4:

> "The scenarios presented in this paper are all based on a common set of 'county-level GPCI' values. These values were developed following the methodology used for the 2009 GPCI update, except that all counties were treated as individual localities. (See Medicare Physician Fee Schedule Geographic Practice Cost Index (GPCI) Fifth Update, Final Report, November 2007.)"

To our knowledge, the Fifth GPCI Update is not available on the web or at any government publication website.Please note that our Request # 1 quotes a sentence from 71 FR 69624, 69654 (11/27/2007) that refers to the Fifth GPCI Update. Our Requests ## 1-18 all relate to the Fifth GPCI Update and I'm hoping these references will help you in your search.

Thank you.

Dario de Ghetaldi
Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
700 El Camino Real
Millbrae, CA 94030
Phone:  650-871-5666
Fax:  650-871-4144
www.coreylaw.com

---

**From:** Peters, Deborah J. (CMS/OSORA) [mailto:Deborah.Peters@cms.hhs.gov]
**Sent:** Friday, September 05, 2008 9:24 AM
**To:** Dario de Ghetaldi
**Cc:** Amanda Riddle
**Subject:** Freedom of Information Request C08FOI1594 / Availability of Acumen Report
**Importance:** High

Friday, September 5, 2008

Mr. Dario de Ghetaldi
Ms. Amanda Riddle
Corey, Luzaich, Pliska, de Ghetaldi & Nastari, LLP
700 El Camino Real
Millbrae, California  04030

RE:  Freedom of Information Act Request C08FOI1594

Dear Mr. de Ghetaldi and Ms. Riddle:

Good morning.  This e-mail is in regard to Mr. de Ghetaldi's July 2, 2008 FOIA request to the Centers for Medicare & Medicaid Services (CMS).  I am pleased to advise you that a responsive record for Item 19 of your request is now available.  Item 19 requested the following: All reports provided to CMS by Acumen, LLP, that related to "a

9/8/2008

preliminary study of several options for revising the payment localities" as described in the II(B)(2)(b) of the Proposed Rule (CMS-1403-P) currently scheduled for publication on July 7, 2008 in the Federal Register. (Specifically, the preliminary study which CMS contracted Acumen to conduct is referenced on page 38514 of the July 7, 2008 edition of the Federal Register).

This report from Acumen is now publicly available, and you may submit electronic comments upon the report to CMS MPFS@cms.hhs.gov , as indicated in the e-mail below. I have also attached the report as a PDF file to this e-mail, and the link to the CMS web page is below:

http://www.cms.hhs.gov/PhysicianFeeSched/PFSFRN/itemdetail.asp?
filterType=none&filterByDID=0&sortByDID=4&sortOrder=descending&itemID=CMS1213186&intNumPerPage=10

I hope this will be informative in responding to one of the items in your request regarding the Geographic Practice Cost Index.

Best regards,

*Deborah J. Peters, Asst. Disclosure Policy Advisor*
*Freedom of Information Group*
*Deborah.Peters@cms.hhs.gov / PH: 410-786-3677*
*Centers for Medicare & Medicaid Services*
*Mail Stop: N2-10-26*
*7500 Security Boulevard*
*Baltimore, MD 21244-1850 / FAX: 410-786-0474*

---

**From:** CMS PHYSICIANODF-L
**Sent:** Friday, September 05, 2008 9:57 AM
**To:** ALLODF-L@LIST.NIH.GOV; PHYSICIANODF-L@LISt.NIH.GOV; 'NURSESODF-L@LIST.NIH.GOV'
**Subject:** Availability of an Interim Study of Alternative Payment Localities under the Medicare Physician Fee Schedule

### Availability of an Interim Study of Alternative Payment Localities under the Medicare Physician Fee Schedule

Medicare is statutorily required to adjust payments for physician fee schedule services to account for differences in costs due to geographic location. There are currently 89 different localities which have not been revised since 1997. In the CY 2009 Physician Fee Schedule notice of proposed rulemaking which was released on June 30, 2008, we indicated that we would post on the CMS website a preliminary study of several options for revising the payment localities. The report entitled: "Review of Alternative GPCI Payment Locality Structures", which was produced by Acumen, LLC under contract to CMS, may currently be found at the following link:
http://www.cms.hhs.gov/PhysicianFeeSched/downloads/ReviewOfAltGPCIs.pdf .

Our study of possible alternative payment locality configurations is in the early stages of development. At this time we are not proposing to make any changes to the payment localities. We encourage interested parties to submit comments on the options presented in the report as well as suggestions for other options. These comments will be considered in the development of possible future notice and comment rulemaking. When we are ready to propose any changes to the locality configuration, we will provide extensive opportunities for public comment (for example, a town hall meeting or open door forum) on specific proposals before implementing any change.

Electronic comments on the interim report may be submitted to CMS MPFS@cms.hhs.gov until October 20, 2008.

**EXHIBIT 21**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, N2-20-16
Baltimore, Maryland 21244-1850



CENTERS for MEDICARE & MEDICAID SERVICES

Office of Strategic Operations and Regulatory Affairs / Office of Freedom of Information

**Via Certified Mail: 7002 2410 0005 9576 1403**

August 27, 2008

**REFER TO:  Case C08FOI1594**

Mr. Dario de Ghetaldi, Esquire
Corey, Luzaich, Pliska, de Ghetaldi & Nastari, LLP
700 El Camino Real
P. O. Box 669
Millbrae, California  94030

Dear Mr. de Ghetaldi:

This letter is in regard to your July 2, 2008  Freedom of Information Act
(5 U.S.C. δ 552) request to the Centers for Medicare & Medicaid Services (CMS). In
summary, within your 28-item request for records you sought reports, contracts,
correspondence, e-mails, and shared data concerning Geographic Practice Cost Indexes
(GPCI's), Geographic Adjustment Factors (GAF's), and Relative Value Units (RVU's)
in relation to records provided both by CMS and to CMS from the following entities:
Acumen, LLC; any other contractors; any other government agencies; the Government
Accounting Office (GAO), and; the California Medical Association.

You also requested expedited processing of your request, based upon your need to obtain
records to respond timely to a proposed rule.  I have reviewed your request for expedited
processing in line with 5 U.S.C. § 552(a)(6)(v) and this agency's expedite standards as
published in the Thursday, December 13, 1990 Federal Register, Vol. 55, No. 240, Page
51343, and have found that your July 2, 2008 request qualifies for expedited processing,
based upon your stated need.

Additionally, you established a fee ceiling of $1,000.00 in your letter, and requested that
we contact you if we estimate that fees will exceed this limit.  Given the number of
categories of records that constitute the breadth and scope of your request, we anticipate
that the processing fees for your request might exceed this $1000.00 ceiling.  Therefore,
we have requested that the responding program areas, the Centers for Medicare &
Medicaid Management (CMM), and the Office of Acquisition and Grants (OAGM),
provide our office with a cost estimate.  Upon receipt of these estimates, we will contact
your office to discuss how you wish to proceed. We anticipate we will be able to notify
you of the fee estimate during the week of September 2, 2008.

**PAGE 2. – Mr. Dario de Ghetaldi, Esq. / C08FOI1594**

I note that you have requested copies of contracts in Items 2, 8, 14, and 20 of your request. Since contracts can contain confidential and proprietary information, particularly if the related proposals are incorporated into the contracts, our office customarily follows the predisclosure notification procedures of Executive Order 12,600, by contacting the contractor in writing of the potential disclosure of the information, and providing a specific time frame within which the contractor must reply to the CMS FOIA Group. Although CMS must reach an independent decision regarding release or withholding of information in the subject records, Executive Order 12,600 allows submitters of information and contractors the opportunity to identify any confidential business information, and submit a written justification for protecting the information under FOIA Exemption (b)(4). This exemption permits a federal agency to withhold information that is in the nature of trade secrets, and commercial or financial information obtained from a person [that is] privileged or confidential.

As a final point, please be advised that although Exemption 4 may be applicable to protect some portions of the contract documents from disclosure, this does not imply that Exemption 4 is the only Exemption that could potentially apply to the universe of materials requested, which encompasses several categories of records. Only after the retrieval and review of the responsive records would the FOIA Group be able to ascertain whether the invocation of other FOIA Exemptions to disclosure may be warranted.

I hope this letter will be helpful in clarifying our agency's FOIA processing procedures regarding the compilation of the fee estimate, and the need for additional time to complete our predisclosure notification procedures under Executive Order 12,600.

Should you have further questions regarding your FOIA request, you may contact Assistant Disclosure Policy Advisor Ms. Deborah Peters of my staff at 410-786-3677, or if e-mail is more convenient for you, Ms. Peters may also be reached at Deborah.Peters@cms.hhs.gov.

Sincerely,

Michael S. Marquis
Director
Freedom of Information Group