**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., | No. C-07-2889 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO FILE PAPER VERSIONS OF DOCUMENTS MANUALLY FILED** |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. / | |

On December 23, 2008, defendant electronically filed two Manual Filing Notifications, in which notifications defendant states that certain "filing[s]" in the above-titled action "[are] stored electronically in compact disc . . . and [are] being maintained in the case file in the Clerk's Office" and that said documents "[were] not e-filed because attachments are too voluminous to e-file with the Court." (See Manual Filing Notification re: Attachment for Exhibits A and C of Declaration of Jonathan U. Lee in Support of Motion for Summary Judgment; Manual Filing Notification re: Exhibits 1 through 21 for Declaration of Michael S. Marquis.) Documents that are not electronically filed, however, "shall be manually filed with the Clerk of Court . . . in accordance with the applicable Federal Rules of Civil and Criminal Procedure and the Local Rules for filing and service of non-electronic documents." See General Order 45 § VII(A). Such documents may not themselves be filed in electronic format.

1       Accordingly, if defendant wishes the Court to consider the above-referenced
2 documents, defendant shall file, no later than January 9, 2009, paper versions of the same,
3 in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this
4 district.  Defendant is reminded that, pursuant to said local rules, for each manually filed
5 document, "an extra copy of the document . . . marked by counsel as the copy for
6 'Chambers,' must be submitted at the same time to the Office of the Clerk."  See Civ. L.R.
7 5-1(b).

8       **IT IS SO ORDERED.**

10 Dated:  December 29, 2008

                                              MAXINE M. CHESNEY
11                                               United States District Judge