COLLEEN DUFFY SMITH (161163)
MORGAN DUFFY-SMITH & TIDALGO LLP
1960 The Alameda, Suite 220
San Jose, CA 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

Co-Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendant. | No. C 07-2889 MMC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RESETTING HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS, AND CMC<br><br>Dept: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br><br>Judge: Hon. Maxine M. Chesney |

Defendant, CENTERS FOR MEDICARE AND MEDICAID SERVICES, filed and served a Motion to Dismiss and a Motion for Summary Judgment on December 23, 2008. Due to the intervening holidays, obligations to other clients, and pre-existing out-of-state travel plans, counsel for plaintiffs, COUNTY OF SANTA CRUZ, et al., request

that hearing on Defendant's Motion to Dismiss and Motion for Summary Judgment be continued until Friday, March 13, 2009, at 9:00 a.m. As no opposition has yet been filed, this request is made pursuant to Civ.L.R. 7-7(a).

Defendant's counsel further requests that defendant be permitted an additional amount of time to file its reply brief according to the March 13, 2009, hearing date. Accordingly, it is hereby stipulated by and between the parties that:

1. The hearing on defendant's Motion to Dismiss and Motion for Summary Judgment be continued from February 6, 2009, until March 13, 2009, at 9:00 a.m.;

2. Plaintiffs be permitted to file their oppositions on February 18, 2009; and

3. Defendant be permitted to file its reply on March 2, 2009.

In light of the foregoing, and in the interest of judicial economy, it is further requested by the parties that the Case Management Conference currently set for February 13, 2009 at 10:30 a.m., be continued until March 13, 2009 at 10:30 a.m.

It is so stipulated:

Dated: 1/9/09

MORGAN DUFFY-SMITH & TIDALGO

C. Duffy Smith

COLLEEN DUFFY-SMITH
Attorneys for Plaintiffs

Dated: 1/9/09

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendant

/ / /

/ / /

The parties having stipulated to continuing the hearing on Defendant's Motions for Summary Judgment and to Dismiss until March 13, 2009, at 9:00 a.m., filing opposition and reply briefs by no later than February 18, and March 2, respectively, and to continuing the Case Management Conference until March 13, 2009, at 10:30 a.m., and good cause appearing therefore, IT IS SO ORDERED., with the exceptions that the hearing is continued to March 27, 2009, and the Case Management Conference is continued to April 24, 2009.

DATED: January 12, 2009

THE HON. MAXINE M. CHESNEY
United States District Court Judge

Additional Co-Counsel for Plaintiffs:

Dario de Ghetaldi – Bar No. 126782
Jerry E. Nastari – Bar No. 151756
Amanda L. Riddle – Bar No. 215221
COREY LUZAICH PLISKA DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone: 650.871.5666
Facsimile: 650.871.4144
Email: deg@coreylaw.com

Michael G. Reedy – Bar No. 161002
McMANIS FAULKNER
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: 408.279.8700
Facsimile: 408.279.3244
Email: mreedy@mcmanisfaulkner.com

Additional Counsel for Individual Plaintiffs

Dana M. McRae – Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Telephone: 831.454.2040
Facsimile: 831.454.2115
Email: dana.mcrae@co.santa-cruz.ca.us
Attorneys for Santa Cruz County

Daniel Wallace – Bar 37287
Santa Barbara County Counsel
Celeste E. Andersen – Bar No. 141965
Deputy Santa Barbara Counsel
Office of the County Counsel
105 East Anapuma, Suite 201
Santa Barbara, CA 93101
Telephone: 805.568.2950
Attorneys for Santa Barbara County

Steven M. Woodside – Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Telephone: 707.565.2421
Facsimile: 707.565.2624
Email: swoodside@sonoma--county.org
Attorneys for Sonoma County

R. Wyatt Cash – Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal – Bar No. 151156
Dep. San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Telephone: 805.781.5400
Facsimile: 805.781.4221
Email: rneal@co.slo.ca.us
Attorneys for San Luis Obispo County

John J. Sansone – Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: 619.531.4860
Facsimile: 619.531.6005
Email: john.sansone@sdcounty.ca.gov
Attorneys for San Diego County

Charles J. McKee – Bar No. 152458
Monterey County Counsel
William M. Litt – Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Fl.
Salinas, CA 93901
Telephone: 831.755.5045
Facsimile: 831.755.5283
Email: littwm@co.monterey.ca.us
Attorneys for Monterey County

Patrick K. Faulkner – Bar No. 70801
Marin County Counsel
Jack F. Govi – Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers – Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Telephone: 415.499.6117
Facsimile: 415.499.3796
Email: mrivers@co.marin.ca.us
Attorneys for Marin County