IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., | No. C-07-2889 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. / | |

Given the status of the above-titled action, specifically, defendant's pending motion for relief from premature discovery and the May 15, 2009 deadline for the filing of defendant's renewed motion for summary judgment, the Case Management Conference scheduled for April 24, 2009 is hereby CONTINUED to July 17, 2009. A Joint Case Management Conference Statement shall be filed no later than July 10, 2009.

**IT IS SO ORDERED.**

Dated: April 21, 2009

MAXINE M. CHESNEY
United States District Judge