United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., | No. C-07-2889 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO ENLARGE TIME** |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. / | |

Before the Court is plaintiffs' motion to enlarge time, filed May 22, 2009, by which plaintiffs seek to continue the briefing schedule and hearing date on defendant's motion for summary judgment, filed May 15, 2009 and noticed for hearing June 26, 2009, in order to allow plaintiffs to file, and the Court to decide, a request for discovery pursuant to Federal Rule of Civil Procedure 56(f) prior to the date on which plaintiffs' opposition to defendant's motion is due.[1]  On May 29, 2009, defendant filed opposition to plaintiffs' motion.[2]

---

[1] On May 29, 2009, plaintiffs filed a combined Rule 56(f) request and opposition to defendant's motion.  Accordingly, to the extent plaintiffs seek an extension of the time within which to file opposition to defendant's motion for summary judgment, plaintiffs' motion is moot.

[2] Defendant's opposition to the instant motion was due May 28, 2009, see Civ. L.R. 7-11(b) (providing opposition to motion for administrative relief "must be filed no later than the third day after the motion has been filed"); Fed. R. Civ. P. 6(a)(2) (excluding weekends and holidays from computation where time allowed is less than 11 days).  Even if the Court were to disregard such opposition, however, the result herein would remain unchanged.

1  Having read and considered the papers filed in support of and in opposition to the
2  motion, the Court finds plaintiffs have failed to demonstrate good cause for the briefing of a
3  Rule 56(f) request separate from plaintiffs' opposition to defendant's motion for summary
4  judgment. Rather, such request will be considered concurrently with said motion. See
5  Carney v. U.S. Dep't of Justice, 19 F.3d 807, 812 (2d Cir. 1994) (holding "discovery relating
6  to the agency's search . . . is unnecessary if the agency's submissions are adequate on
7  their face").

8  Accordingly, plaintiffs' motion is hereby DENIED.

9  **IT IS SO ORDERED.**

11  Dated: June 2, 2009

   _____
   MAXINE M. CHESNEY
   United States District Judge

2