IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., | No. C-07-2889 MMC |
| Plaintiffs, | **ORDER CONTINUING JUNE 19, 2009 HEARING** |
| v. | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendant. / | |

In light of the Court's calendar, the June 19, 2009 hearing on defendant's Motion for Summary Judgment, filed May 15, 2009, is hereby CONTINUED to July 17, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 15, 2009

MAXINE M. CHESNEY
United States District Judge