**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   COUNTY OF SANTA CRUZ, et al.,              No. C-07-2889 MMC

12                Plaintiffs,                   **ORDER DENYING WITHOUT
                                                PREJUDICE DEFENDANT'S MOTION**
13         v.                                   **FOR SUMMARY JUDGMENT; DENYING
                                                WITHOUT PREJUDICE PLAINTIFFS'**
14   CENTERS FOR MEDICARE AND                   **REQUEST FOR DISCOVERY;
     MEDICAID SERVICES,                         GRANTING PLAINTIFFS' REQUEST**
15                                              **FOR LEAVE TO AMEND**
                 Defendant.
16   _____/

17
        Defendant's motion for summary judgment, filed May 15, 2009, came on regularly
18
     for hearing before the Court on July 17, 2009.  Jonathan U. Lee appeared on behalf of
19
     defendant.  Colleen Duffy-Smith and Michael G. Reedy appeared on behalf of plaintiffs.
20
     Having read and considered the papers filed in support of and in opposition to the motion
21
     and the arguments of counsel, and for the reasons stated on the record at the hearing, the
22
     Court rules as follows.
23
        1.  Defendant's motion for summary judgment is hereby DENIED, without prejudice
24
     to defendant's filing, no later than September 18, 2009, a renewed motion for summary
25
     judgment accompanied by additional declarations curing the deficiencies noted by the
26
     Court at the above-referenced hearing.
27
        2.  Plaintiffs' request for discovery, pursuant to Rule 56(f) of the Federal Rules of
28
     Civil Procedure, is hereby DENIED, without prejudice to plaintiffs' re-raising such request in

1  their opposition to defendant's renewed motion for summary judgment.

2       3.  Plaintiffs' unopposed request for leave to file a Third Amended Complaint in

3  which Amanda L. Riddle is named as a plaintiff to the above-titled action is hereby

4  GRANTED; such Third Amended Complaint shall be filed no later than July 31, 2009.

5       **IT IS SO ORDERED.**

6

7  Dated:  July 17, 2009                                    _____
                                                            MAXINE M. CHESNEY
8                                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2