1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:       (415) 436-6909
6      Facsimile:       (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11 COUNTY OF SANTA CRUZ, et al.        )   No. C 07-2889 MMC
                                       )
12         Plaintiffs,                 )   **STIPULATION AND** ~~PROPOSED~~
                                       )   **ORDER REGARDING FILING**
13     v.                              )   **DEADLINES FOR THE PARTIES'**
                                       )   **REPLY PAPERS**
14 CENTERS FOR MEDICARE AND            )
   MEDICAID SERVICES,                  )   *Hearing Date: October 23, 2009*
15                                     )   *Hearing Time:  9:00 a.m.*
           Defendant.                  )   *Place:  Courtroom 7, 19th Floor*
16                                     )   *Judge:  Hon. Maxine M. Chesney*
                                       )
17                                     )
   _____)
18

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                         -1-

Subject to the approval of this Court, Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SANTA BARBARA, COUNTY OF MARIN, COUNTY OF SAN DIEGO, COUNTY OF SAN LUIS OBISPO, COUNTY OF MONTEREY, and AMANDA RIDDLE and Federal Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, by and through their undersigned counsel, make the following stipulation:

1. Due to computer-related problems for plaintiffs' counsel earlier today and due to the 5:00 p.m. deadline today for ECF filing, the parties have agreed to extend the time for the filing of reply papers until Tuesday, October 13, 2009 at 12:00 noon.

2. Because of the recency of the computer-related problems, the parties were not able to meet and confer and agree on this stipulation until this afternoon.

3. The extension of time applies to plaintiffs' reply papers in support of their motion for sanctions and defendant's reply papers in support of its motion for summary judgment, both of which were due to be filed today.

**IT IS SO STIPULATED.**

DATED: October 9, 2009         COREY, LUZAICH, PLISKA,
                               DEGHETALDI & NASTARI, LLP

                               /s/
                               DARIO DEGHETALDI, ESQ.
                               Attorneys for Plaintiffs

DATED: October 9, 2009         SCOTT N. SCHOOLS
                               United States Attorney

                               /s/
                               JONATHAN U. LEE
                               Assistant United States Attorney
                               Attorneys for Federal Defendant

**Pursuant to Stipulation, It is so ORDERED**.

DATED: October 14, 2009        _____
                               THE HON. MAXINE M. CHESNEY
                               United States District Court Judge

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                  -2-