IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CRUZ, et al.,

        Plaintiffs,

  v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES,

        Defendant.

No. CV-07-2889 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendant's Motion for Summary Judgment is hereby GRANTED.

2. Plaintiffs' Motion Re: Request for Finding of Spoilation of Evidence is hereby DENIED.

Dated: December 17, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk