1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | COUNTY OF SANTA CRUZ, COUNTY ) | No. C 07-2889 MMC
   | OF SONOMA, COUNTY OF SAN DIEGO, )
12 | COUNTY OF MARIN, COUNTY OF ) | **STIPULATION AND [PROPOSED]**
   | SANTA BARBARA, COUNTY OF SAN ) | **ORDER FOR WAIVER OF COSTS**
13 | LUIS OBISPO, COUNTY OF ) | **AND WAIVER OF RIGHT TO FILE**
   | MONTEREY, and AMANDA RIDDLE, ) | **NOTICE OF APPEAL**
14 |  )
   |     Plaintiffs, ) | AND ORDER THEREON
15 |  )
   | v. )
16 |  )
   | CENTERS FOR MEDICARE & )
17 | MEDICAID SERVICES, )
   |  )
18 |     Defendant. )
   |  )
19 | _____ )

STIPULATION AND PROPOSED ORDER
C 07-2889 MMC                        -1-

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The plaintiffs are COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, COUNTY OF MONTEREY, and AMANDA RIDDLE ("Plaintiffs");

2. The defendant is CENTERS FOR MEDICARE & MEDICAID SERVICES ("Defendant");

3. Defendant waives its right to recover costs from Plaintiffs in exchange for Plaintiffs' agreement to waive the right to file a Notice of Appeal from the Judgment, entered in favor of Defendant and against Plaintiffs on December 17, 2009 (Docket #168).

**SO STIPULATED.**

DATED: January 12, 2010

COREY, LUZAICH, PLISKA,
DEGHETALDI & NASTARI, LLP

/s/
DARIO DEGHETALDI, ESQ.
Attorneys for Plaintiffs

DATED: January 12, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendant

**Pursuant to Stipulation, It is so ORDERED.**

DATED: January 13, 2010

THE HON. MAXINE M. CHESNEY
United States District Court Judge